UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:03CV01551 (CKK) |
| ) | |
| ALBERTO R. GONZALES, ) | |
| ATTORNEY GENERAL, ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO BIFURCATE DISCOVERY ON DAMAGES
AND FOR AN ENLARGEMENT OF TIME TO COMPLETE FACT
DISCOVERY DEPOSITIONS AND MEMORANDUM IN SUPPORT THEREOF**

For the reasons set forth below, the parties jointly move to bifurcate the discovery on damages from the fact discovery and, in addition, to enlarge the time to complete fact depositions by three weeks. The reasons for the motion are as follows:

1. The current discovery cut-off date is April 27, 2005.

2. With respect to plaintiff's claims for damages, plaintiff has identified seven treating and/or consulting physicians, all of whom defendants intend to depose. Further, medical records have not yet been obtained from all of these physicians. In addition, defendants and plaintiff have discussed the need for plaintiff to submit to an independent medical examination (IME) by defendants' expert psychologist.[1] The expert then will issue a report and plaintiff's counsel will take his deposition. This discovery goes to the question of damages exclusively, and not at all to the issue of liability.

3. The parties seek to bifurcate the discovery relating to damages at this time because, in

---

[1] The parties are not in agreement on the terms, conditions, or necessity for an IME.

light of the fact that additional fact discovery still must be completed (see below), the parties' ability to address adequately the merits of plaintiff's claims and defendants' defenses will be delayed substantially. Inasmuch as only the fact discovery is critical for purposes of briefing defendants' motion for summary judgment, it is practical to make such discovery a priority at this time and hold the discovery on damages in abeyance until after summary judgment has been fully briefed.

    4. As noted above, fact discovery relating to plaintiff's first amended complaint is ongoing. Indeed, some written discovery responses remain outstanding, at least in part due to delays stemming from the need for a classification review of some documents and/or interrogatory responses. Further, there are a significant number of depositions left to be taken in the case (at least nine), resulting in part from difficulties in scheduling both present and former FBI employees as well as from plaintiff's more recent claims that he has been retaliated against as a result of his participation in protected activity within the meaning of Title VII.

    5. Because there are a number of outstanding discovery issues, the parties seek an additional three weeks, until May 18, 2005, for purposes of completing depositions in connection with the claims raised in and the defenses to plaintiff's first amended complaint.

**CONCLUSION**

For the foregoing reasons, the Court should grant the parties' joint motion to bifurcate the discovery on damages from the fact discovery and, in addition, to enlarge the time to complete fact depositions by three weeks.

Dated:  April 14, 2005                                                                                  Respectfully submitted,

                                                                                                                        PETER D. KEISLER
                                                                                                                        Assistant Attorney General

_____/s/_____
STEPHEN M. KOHN, DC Bar # 411513                     KENNETH L. WAINSTEIN
KOHN, KOHN, COLAPINTO, LLP.                            United States Attorney
3233 P Street, N.W.
Washington, D.C.  20007                                              _____/s/_____
                                                                                    HENRY A. AZAR, JR.
Counsel for Plaintiff                                                      CARLOTTA P. WELLS
                                                                                    JEREMIAH E. GOULKA
                                                                                    U.S. Department of Justice
                                                                                    P.O. Box 883
                                                                                    Washington, D.C. 20044
                                                                                    (202) 514-4522 (telephone)
                                                                                    (202) 616-8470 (facsimile)

                                                                                    Counsel for Defendants