UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br> ATTORNEY GENERAL, )<br> U.S. DEPARTMENT OF JUSTICE, et al., )<br>)<br>   Defendants. )<br>_____) | Case No. 1:03CV01551 (CKK) |

**PROPOSED ORDER**

Upon consideration of the Joint Motion to Bifurcate Discovery on Damages and for an Enlargement of Time to Complete Fact Discovery Depositions, it is hereby

ORDERED that the discovery relating to plaintiff's claims for damages is hereby bifurcated from the fact discovery. The discovery on damages shall be held in abeyance until such time after summary judgment has been fully briefed.

IT IS FURTHER ORDERED that the time to complete fact depositions shall be enlarged by three weeks, or until May 18, 2005.

_____         _____
Date                                        ALAN KAY
                                                U.S. MAGISTRATE JUDGE