# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BASSEM YOUSSEF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:03CV01551(CKK) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SECOND SUPPLEMENT TO INITIAL DISCLOSURES

By and through counsel, and pursuant to Fed. R. Civ. P. Rule 26(a)(1), Rule 26(a)(2)(A) and Rule 26(a)(2)(B), Plaintiff Bassem Youssef hereby files the following supplement to Plaintiff's Initial Disclosures. This supplemental disclosure is identical to the Supplemental Disclosure filed by the Plaintiff on March 8, 2005, except that the witness Paul Vick was been added to the initial disclosures, Plaintiff has updated the deposition list, and the Plaintiff has identified the need to call rebuttal witnesses in regard to the testimony provided by Laurie Bennett and John Lewis. Additionally, Plaintiff is identifying his retained expert, Dr. Daniel Byman. Additionally, pursuant to Fed. R. Civ. P. Rule 26(e)(1), Plaintiff reserves the right to supplement the initial disclosures if he should learn that in some material respect the information disclosed is incorrect or incomplete, if further potential witnesses are identified, and/or if further additional evidence comes within his possession, custody or control.

I. **SUPPLEMENT TO INITIAL DISCLOSURES**

1. Plaintiff hereby supplements his initial disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1)(A) with regard to the following individuals:

   a. Pasquale J. D'Amuro
      i. *See* 26(a)(2)(A) Disclosures

   b. Diane H. Browne
      i. See 26(a)(2)(A) Disclosures

   c. Edwin N. Carter
      i. See 26(a)(2)(A) and 26(a)(2)(B) Disclosures

   d. Ambassador Wyche Folwer
      i. See 26(a)(2)(A) Disclosures

   e. Dr. Rodrigo Hurtado
      i. See 26(a)(2)(A) Disclosures

   f. Dr. Steve Kaufmann
      i. See 26(a)(2)(A) Disclosures

   g. Dr. John Valenti
      i. See 26(a)(2)(A) Disclosures

   h. Dr. John Kim
      i. See 26(a)(2)(A) Disclosures

   i. John Pikus
      i. *See* 26(a)(2)(A) Disclosures

   j. Henry E. Ragle III
      i. *See* 26(a)(2)(A) Disclosures

    k. John Drake
        i. *See* 26(a)(2)(A) Disclosures

    l. Paul Vick
        i. Address:    15941 W. 65th St., #303
                           Shawnee, KS
        ii. see Affidavit of Paul W. Vick provided to the defense of May 16, 2005.

    m. Witness to rebut the testimony of Laurie Bennett and/or John Lewis.

Pursuant to Fed R. Civ. P. Rule 26(e), Plaintiff reserves the right to supplement these disclosures.

    n. The testimony of all persons deposed in this matter.
        i. Address: This information is presently in Defendants' possession.
        ii. Phone Number: This information is presently in Defendants' possession.
        iii. Subject: See deposition attached.

2. Pursuant to Fed. R. Civ. P. Rule 26(a)(1)(B), Plaintiff hereby supplements his initial disclosures of all categories of documents upon which he may rely in support of his claims. Pursuant to Fed. R. Civ. P. Rule 26(e), Plaintiff reserves the right to supplement these disclosures.
    a. Plaintiff, Bassem Youssef's, responses to any and all document requests and/or other discovery requests, all documents discovered by the FBI, and all transcripts of deposition testimony in the instant action.
    b. All testimony presented in any and all depositions that have or will be taken in this matter.
    c. All documents produced that have or will be produced by the FBI in response to Plaintiff's document and other discovery requests.
    d. All documents produced that have or will be produced by Bassem Youssef.

II.    **<u>DISCLOSURE OF EXPERT WITNESS PURSUANT TO RULE 26 (a)(2)(A)</u>**

1. Pasquale J. D'Amuro

3

 a. Address: This information is presently in Defendants' possession.
 b. Phone Number: This information is presently in Defendants' possession.
 b. Subject: See the deposition of Mr. D'Amuro.

2. His Royal Highness Prince Mohammad Naif bin Abdul Aziz

3. John Bell Jr.

4. John Brennan

5. Diane H. Browne

 a. Address: 15732 Crabbs Branch Way, 2nd floor
   Rockville, MD 20855
 b. Phone Number: (301) 520-2723
 c. Subject: Confidential medical/psychological evaluation(s) of Mr. Youssef conducted in her capacity as a treating doctor. See letter from Dr. Browne attached to this filing.

6. Edwin N. Carter

 a. Address: 8348 Traford Ln, Suite 102
   Springfield, VA 22152
 b. Phone Number: (703) 569-8731
 c. Subject: See Confidential medical/psychological evaluation(s) and statement of Dr. Carter attached hereto. The Carter documents include a report (which constitutes Dr. Carter's report in his capacity as a treating doctor and in his potential capacity as a retained expert).

7. Arthur Cummings

8. Ed Curran

9. John Drake

    a.    Address: Unknown

    b.    Phone Number: Unknown

    c.    Subject: Statements made by the agents and/or officers of the FBI to the Senate Judicial Committee regarding Plaintiff, Bassem Youssef.

10. John Ellif

11. Kevin Favereau

12. Ambassador Wyche Fowler

    a.    Address: Unknown

    b.    Phone Number: Unknown

    c.    Subject: Plaintiff, Bassem Youssef's performance as Legat Riyadh and the qualifications necessary for promotion to the SES in the area of counterterrorism.

13. Charles Frahm

14. Louis Freeh

15. Paul Garner

16. RudyGuerin

17. Major General Abdul Aziz Al Huwairini

18. Dr. Rodrigo Hurtado

    a.    Address:    3450 N. Beauregard Street  
                               Alexandria, VA 22302

    b.    Phone Number: (703) 820-7007

    c.    Subject: Medical/psychological damages (see physician's notes already provided to FBI or will be provided to FBI when received by doctor).

19. Dr. Steve Kaufmann

      a.      Address: 3450 N. Beauregard Street
                 Alexandria, VA 22302
      b.      Phone Number: (703) 820-7007
      c.      Subject: Medical/psychological damages (see physician's notes already provided to FBI or will be provided to FBI when received by doctor).

20. Dr. John Kim

      a.      Address: 6300 Stevenson Ave. Ste# B
                 Alexandria, VA 22304
      b.      Phone Number: (703) 370-0778
      c.      Subject: Medical / psychological damages (see physician's notes already provided to FBI or will be provided to FBI when received by doctor).

21. Tom Knowles

22. His Excellency Lt. Gen. Saleh Al Khusifan

23. Major General John Marcello

24. Robert Mueller

25. His Royal Highness Prince Mohammad bin Naif

26. Dr. Parley Newman

27. Peter Georgacopoulos

28. Lloyd A. Lipkey

29. John Pikus

      a.      Address:      2430 Harrison Court
                           Chesapeake Beach, MD 20732

    b.    Phone number: This information is presently in Defendants' possession and/or control.

    c.    Subject: See Deposition of Mr. Pikus.

30. Henry E. Ragle, III

    a.    Address: This information is presently in Defendants' possession and/or control.

    b.    Phone Number: This information is presently in Defendants' possession and/or control.

    c.    Subject: See Inspection Report conducted inspection summary attached hereto.

31. John Roberts

32. David Szady. Also see the deposition of Mr. Szady.

33. Albert Thibault

34. Robert Thompson

35. Jane Turner

36. Dr. John Valenti

    a.    Address: 1850A Town Center Parkway Ste# 209
                Reston, VA 20190

    b.    Phone Number: (703) 437-5532

    c.    Subject: Medical / psychological damages (see physician's notes already provided to FBI or will be provided to FBI when received by doctor).

37. Jeff Walton

38. Colonel James Ward

39. Dale Watson. Also see the deposition of Mr. Watson.

40. Christine Williams

41. Bassem Youssef

42. All persons identified in the initial disclosures filed by defendants.

43. All persons interviewed by the FBI EEO office in connection with Office of Equal Employment Opportunity Affairs, Federal Bureau of Investigation Complaint No. F-02-5689.

44. All representatives from Congressional offices who have had contact with Mr. Youssef, including Congressman Wolf and staff members from the Senate Judiciary Committee.

45. All persons who have or will be deposed.

   a. Addresses and other contact information pertaining to all such persons are set forth in their depositions.

## III. DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(A)(2)(B)

Pursuant to Fed. R. Civ. P. Rule 26(a)(2)(B), Plaintiff hereby makes the following disclosures of expert testimony:

1. Edwin N. Carter

   a. Address:   8348 Traford Ln
                 Springfield, VA 22152
   b. Phone Number: (703) 569-8731
   c. Subject: See Attachments of Dr. Edwin N. Carter [which include Dr. Carter's expert report (which is also a report of Dr. Carter in his capacity as a treating doctor), Dr. Carter's resume (which includes his publications over the past ten years); Dr. Carter's statement of billing and Dr. Carter's list of cases for which he provided testimony over the past four years.

2. Dr. Dan Byman

    a. Address: 111 Intercultural Center
Security Studies Program
Georgetown University
Washington, DC 20057
E-mail: dlb32@georgetown.edu

    b. Phone Number: (202) 687-4095

    c. Subject: Dr. Byman will be providing an expert report on or before June 10, 2005. The subject matter of his testimony concerns a direct rebuttal to the FBI testimony concerning the background and experience necessary for promotion into the FBI counterterrorism programs upper-management ranks. The testimony will review Mr. Youssef's background and experience in light of this testimony and will provide evidence that the bases for the FBI's promotional decision-making was pretextual. Dr. Byman's *curriculum vitae* is attached, and he will be paid at his normal rate for services as an expert witness at $137.50 per hour.

Respectfully submitted,

_____/s/_____
Stephen M. Kohn, D.C. Bar # 411513
KOHN, KOHN, COLAPINTO, LLP.
3233 P Street, N.W.
Washington, DC 20007
Phone: (202) 342-6980
Fax:    (202) 342-6984
Attorneys for Plaintiff

9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing PLAINTIFF'S SUPPLEMENT TO INITIAL DISCLOSURES ANDDISCLOSURE OF EXPERT TESTIMONY and all disclosable documents referenced therein were served, via fax, upon the following parties this 25th day of May, 2005:

        Carlotta P. Wells
        Senior Counsel
        Federal Programs Branch
        U.S. Department of Justice, Civil Division
        P.O. Box 883
        Washington, D.C. 20044
        Fax: (202) 514-4522

By:     _____/s/_____
        Stephen M. Kohn