**IN THE UNITED STATES OF AMERICA**
**BEFORE THE FEDERAL DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BASSEM YOUSSEF | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:03-cv-01551 |
| vs. | ) ) ) | |
| FEDERAL BUREAU of INVESTIGATION, *et al.*, | ) ) ) ) | |
| Defendants | ) ) | |

**PLAINTIFF'S RULE 26(a)(2)(B) EXPERT REPORT**

In accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Plaintiff herewith files his non-medical expert report. *See* Exhibit 1, Expert Report of Dr. Daniel Byman. On June 2, 2005, this Court granted Plaintiff's Motion for Extension of Time to file this report on or before June 10, 2005.

Respectfully submitted,

_____/s/_____
Stephen M. Kohn, D.C. Bar No. 411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, NW
Washington, D.C. 20007
PH: 202.342.6980
FAX: 202.342.6984
Attorneys for Plaintiff

Dated: June 8, 2005