UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BASSEM YOUSSEF,

    Plaintiff,

  v.

FEDERAL BUREAU OF
INVESTIGATION, *et al.*

    Defendants.

Civil Action No. 03-1551 (CKK)

**ORDER**
(March 30, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 30th day of March, 2008, hereby

**ORDERED** that Defendant's [85] Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that Plaintiff's [82] Motion for Partial Summary Judgment is DENIED; it is further

**ORDERED** that Defendant's [109] Second Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that Plaintiff's [114] Motion to Strike is DENIED; and it is further

**ORDERED** that a status hearing for this matter is scheduled for May 19, 2008, at 11:00 A.M., in Courtroom 28A before this Court.

                                                                   */s/*
                                                         COLLEEN KOLLAR-KOTELLY
                                                         United States District Judge