UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**BASSEM YOUSSEF**                 )
            **Plaintiff,**         )
    v.                             )
                                   ) Civil Action No. 1:03-cv-1551 (CKK)
**FEDERAL BUREAU OF**              )
**INVESTIGATION,** *et al.*        )
                                   )
            **Defendant.**         )
_____)

## ATTACHMENT INDEX

## JOINT PRETRIAL STATEMENT

| | |
|---|---|
| ATTACHMENT 1 | Joint Exhibit List |
| ATTACHMENT 2 | Plaintiff's Exhibit List |
| ATTACHMENT 3 | Defendants' Exhibit List |
| ATTACHMENT 4 | Defendants' Demonstrative Aids |
| ATTACHMENT 5 | Plaintiff's Proposed Jury Instructions |
| ATTACHMENT 6 | Defendants' Proposed Jury Instructions |
| ATTACHMENT 7 | Plaintiff's Proposed Verdict Form |