| Attachment B Plaintiff's Exhibits | | |
|---|---|---|
| Plaintiff Exhibit Number | Date | Description |
| 100 | 1989-2008 | Performance Appraisals Reports for Bassem Youssef dated: 3/3/89; 4/2/90; 4/10/91; 4/17/92; 3/31/93; 3/31/94; 3/31/95; 5/3/96; 2/24/97; 4/14/99; 5/30/2000; 6/4/2001; 10/31/02; 11/6/03; 10/22/04; 12/28/06; 2007 PAR; 2008 PAR. |
| 101 | November 14, 1994 & November 30, 1994 | Intelligence Community Award (Recommendation and Commendation): Recommendation for Intelligence Community Award Application 10/14/94; Recommendation for Intelligence Community Award 3/11/94. |
| 102 | December 1999 | Legat Riyadh 1999 Inspection Report; DOJ007630 |
| 103 | 3/7/1988-1/4/2009 | Bassem Youssef's Personnel Actions History |
| 104 | Undated | Position Description of Detail Assignment for Chief Executive Secretariat Office, National Counterintelligence Center, Langley, Virginia. |
| 105 | 6/10/2002 | Letter from Bassem Youssef to Congressman Frank Wolf |
| 106 | October 30, 2000- February 08, 2007 | Assistant Inspector-in-Place Evaluations: FBI Lab-10/30/00; WFO-5/6/02; Chicago-7/8/02; Cincinnati-11/1/04; OPR- 2/8/07 |
| 107 | 7/20/04 | List of Foreign Language Speaking Agents, Including Level of Proficiency |
| 108 | 1/11/05 | Email from SSA Gordon Thomas to Inspector in Charge Frank Figliuzzi, Linda Hovatter, Linda Rettberg- Subject: Replacement for B. Youssef |
| 109 | 8/31/06 | Email Chain from Assistant Section Chief Thomas (Tony) Wall to Bassem Youssef and Section Chief Jennifer Love, Approving Bassem Youssef's 9/25/06 OPR Inspection |
| 110 | 2/9/07 | Inspection Certification EC for Bassem Youssef. |
| 111 | January 1999- June 2005 | Spreadsheet Listing Personnel Promoted into the Senior Executive Service within the Counterterrorism Division. |
| 112 | Undated | Sections 3-11.2 to 3-11.10 and 3-12 of the MAOP. |
| 113 | Undated | CV of Amy A. McCarthy |
| 114 | April 27, 2009 | Analysis of Lost Pay and Pension Benefits for Bassem Youssef by McCarthy Consulting; Including Attachments Table 1-3. |
| 115 | Undated | CV for James C. Sharf of Sharf & Associates, Employment Risk Advisors Inc. |
| 116 | April 20, 2009 | Report of James C. Sharf of Sharf &Associates, Employment Risk Advisors Inc. |

| | | |
|---|---|---|
| 117 | 2009 | Supplemental Report of James C. Sharf, PhD. |
| 118 | 2005 | Expert Rule 26 Report of Daniel Byman, PhD. |
| 119 | September 15, 2008 | Psychological Evaluation Report of Bassem Youssef Conducted by Dr. Mitchell H. Hugonnet, PhD. |
| 120 | 2005 – 2006 | Inspection Emails: Email dated August 2, 2005, from Keith Givens; email dated August 30, 2005, from Gordon Thomas; email dated November 15, 2005, from Keith Givens; email dated February 16, 2006 from Keith Givens; email dated March 01, 2006, from Keith Givens; email dated June 05, 2006, from Keith Givens; email dated July 19, 2006, from Keith Givens; email dated August 15, 2006, from Keith Givens; |
| 121 | FBI –EEO Investigation Report – April 22, 2002 | Exhibit 2 from the Deposition of William Chornayak, April 22, 2002 Personal Interview Statement by FBI EEO; DOJ 003346 |
| 122 | FBI –EEO Interview Report – June 10, 2003 | Page 5, numbered paragraph 4 from Exhibit 3 used in the Deposition of William Chornayak. |
| 123 | 2000 | Tape and Transcript of Career Board Meeting #49: 2000; |
| 124 | 2002 | Tape and Transcript of Career Board Meeting #28: 2002; |
| 125 | 2002 | Tape and Transcript of Career Board Meeting #29: 2002; |
| 126 | 2002 | Tape and Transcript of Career Board Meeting #46: 2002; |

| | | |
|---|---|---|
| 127 | 2002 | Tape and Transcript of Career Board Meeting #65: 2002; |
| 128 | 2002 | Tape and Transcript of Career Board Meeting #101: 2002; |
| 129 | 2003 | Tape and Transcript of Career Board Meeting #05: 2003; |
| 130 | 2003 | Tape and Transcript of Career Board Meeting #34: 2003; |
| 131 | 2003 | Tape and Transcript of Career Board Meeting #35: 2003; |
| 132 | 2003 | Tape and Transcript of Career Board Meeting #45: 2003; |
| 133 | 2004 | Tape and Transcript of Career Board Meeting #05: 2004; |
| 134 | 2004 | Tape and Transcript of Career Board Meeting #25: 2004; |
| 135 | 2004 | Tape and Transcript of Career Board Meeting #28: 2004; |
| 136 | 2004 | Tape and Transcript of Career Board Meeting #53: 2004. |

| | | |
|---|---|---|
| 137 | FBI - undated | DOJ19273 MAOP Section 5-1.1 to 5-1.4; Section 5-2, Section 5-3; Section 5-4.1 to 5-4.7; Section 5-5, to 5-5.2; Section 5-6. |
| 138 | September 17, 2001 | Transcript of Remarks by Attorney General Ashcroft and FBI Director Robert Mueller [Curran Exhibit 8] |