UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BASSEM YOUSSEF,

        Plaintiff,

v.

                                    Civil Action No.
                                    1:03CV01551(CKK)

FEDERAL BUREAU OF INVESTIGATION,
et al.,

        Defendants.

Wilmington, Delaware

                                    Friday,
March 18, 2005

DEPOSITION OF:

                    LOUIS J. FREEH

called for examination by counsel for the plaintiff,

pursuant to notice of deposition, in the Executive

Offices of MBNA America Bank, 1100 North King Street,

Wilmington, Delaware, when were present on behalf of

the respective parties:

1   APPEARANCES
2
3
4   <u>On Behalf of the Plaintiff:</u>
5
6         STEPHEN M. KOHN, ESQ.
7   of:   Kohn, Kohn, and Colapinto
8         3233 P Street, N.W.
9         Washington, D.C.  20007
10        (202) 342-6980
11
12  <u>On Behalf of the Defendants:</u>
13
14        CARLOTTA WELLS, ESQ.
15        Senior Counsel
16        Federal Programs Branch
17  of:   U.S. Department of Justice
18        Civil Division
19        20 Massachusetts Avenue, N.W.
20        Room 7150
21        Washington, D.C.  20530
22        (202) 514-4522
23        (202) 307-0449
24        carlotta.wells@usdoj.gov
25
26
27  ALSO PRESENT:
28
29        KATHLEEN O=NEILL-TAYLOR, ESQ.
30        Assistant General Counsel
31        Office of the General Counsel
32  of:   Federal Bureau of Investigation
33        935 Pennsylvania Avenue, N.W.
34        Washington, D.C.  20535
35        (202) 324-4524
36
37        MATTHEW SORENSEN, ESQ.
38  of:   Kohn, Kohn, and Colapinto
39        3233 P Street, N.W.
40        Washington, D.C.  20007
41
42        BASSEM YOUSSEF, Plaintiff
43

I-N-D-E-X

WITNESS:         DIRECT     CROSS   REDIRECT RECROSS

Louis J. Freeh    6          68        71


EXHIBITS                                        IDENTIFIED

1    Photo of four people                        12

2    Career board file                           20

3    Division Head Comments, dated 5/29/03        26

4    Teletype, Freeh to State, dated 1/17/97      30

5    Memo, Criminal Investigative IRS to Riyadh,
     dated 11/03/98                               48

6    Excerpts before Senate Select Committee on
     Intelligence Freeh testimony on 10/8/02      51

7    Special Agent Mid-Level Mgmt.
     Selection Board                              58

8    Inspection Report re Legat,Riyadh            59

4

```
1                        P-R-O-C-E-E-D-I-N-G-S

2                                           10:14 a.m.

3           Whereupon,

4                        LOUIS J. FREEH

5           a witness, was called by Counsel for the plaintiff, and

6           having  been  first  duly  sworn,  was  examined  and

7           testified as follows:

8                        DIRECT EXAMINATION

9                   BY MR. KOHN:

10              Q      Judge  Freeh,  would  you  please  state  your

11          name and address for the record?

12              A      Yes.   Louis  Joseph  Freeh,  F-R-E-E-H,  1100

13          North King Street, Wilmington, Delaware 19807.

14              Q      And you reside in Wilmington, Delaware?

15              A      Yes.

16              Q      This  is  a  deposition  in  the  case  of  Mr.

17          Bassem Youssef.   And my name is Steve Kohn, attorney

18          for Youssef.

19              A      Yes.

20              Q      And you're an licensed attorney?

21              A      Yes.

22              Q      And have you ever taken depositions?
```

1          A      And  you're  generally  familiar  with  the

2     rules that govern them?

3          A      I am.

4          Q      And are you represented here by counsel?

5          A      No.  Well, I should say I am.  I'm here

6     with  the  Department  of  Justice  attorneys  who  I've

7     discussed  the  case  with  very  briefly.   And  they are

8     appearing  on  behalf  on  the  Department  of  Justice  in

9     connection with my deposition.

10         Q      And what's your current job?

11         A      I'm  the  general  counsel  from  MBNA  Bank,

12    which is a Delaware corporation, a national bank.

13         Q      And prior to that where did you work?

14         A      I  was  Director  of  the  FBI  from  1993  to

15    2001.

16         Q      And before being the Director of the FBI,

17    what position did you hold?

18         A      I  was  a  judge,  a  District  Court  Judge  in

19    New  York  City,  1991  to  1993. And prior to that I was an

20    Assistant  U.S.  Attorney  in  New  York  Attorney's

21    Office,Southern  District  New  York,1981  to  1991.   And

22    prior to that I was an FBI agent from 1975 to 1981.

1      Q      And as the Director of the FBI, did you

2  have any involvement in what's know as the Legat

3  Program.

4      A      Legat Program.  Yes, sir.

5      Q      And just briefly, what was your

6  involvement with the Legat Program?

7      A      Well, you know as Director one of my

8  responsibilities was to appoint FBI Legats, and that

9  was a selection process that would take place at

10  headquarters.  The FBI Director would ultimately select

11  the Legats as well as what we would call the assistant

12  Legats for the program.

13              The other involvement I had over the years

14  as Director was establishing and opening up new Legat

15  offices.  And that was a long process that required

16  discussions with the Department of State, the White

17  House, other federal agencies, the countries where we

18  were intending to place Legats.  And in that period of

19  time we opened a number of Legats, so that was part of

20  the responsibility of the Director.

21      Q      And did you view the Legat program as an

22  important program for the Bureau?

1      A      Yes.

2      Q      Why?

3      A      Well, in a world where our
4 responsibilities are not only transnational but
5 international and the development of, you know, what we
6 call globalized crime whether it was organized crime
7 drug trafficking, terrorism, financial crimes, you know
8 moving from a U.S. platform to an international
9 platform required the FBI in my view, and the view of
10 many others, to have liaison in many more countries
11 than we had had previously.

12      Q      Now you said that you personally would
13 make the decision to appoint a Legat to a particular
14 office?

15      A      Yes.

16      Q      What were the types of qualifications you
17 were looking for for persons who would take that
18 position?

19      A      Well, I mean there would be a number of
20 different factors.  The main factor would be the
21 ability of that candidate to understand and perform the
22 functions on behalf of the FBI as the main liaison with

1    the host country, police authorities as well as the
2    security authorities.   So you would want a very
3    experienced agent, someone who had, you know, good
4    investigative credentials.
5                You would want someone who had many of the
6    qualities that we would want for foreign liaison, which
7    means the ability to deal with a wide variety of
8    different agencies in our own embassy as well as the
9    foreign government. So you would want some good liaison
10   skills, good personal skills.
11               You would want good judgment.   You would
12   want maturity.
13               The language would be very important, not
14   essential, in many of the countries.   Because we were
15   opening up new countries, we didn't have qualified
16   language speakers the Legats. So that would not be a
17   requirement, it would certainly be a preference.
18   Language, therefore, would be very important.
19               All those factors, you know, and
20   suitability, reputation.   Obviously, the reliability of
21   someone who would be representing not just the FBI, but
22   the United States in a very sensitive setting. All of

1    those would be important factors.

2           Q     And were you also involved with the FBI's

3    counterterrorism program?

4           A     Yes.

5           Q     And how involved were you with that aspect

6    of the FBI?

7           A     Well, I mean it was one of our major

8    programs, even beginning in 1993 when I became

9    Director.  As, you know, the number and complexity of

10   cases developed over the years, the program grew.  We

11   ultimately set up a separate counterterrorism division

12   in 1999.  It was an integral part of our Legat program,

13   our foreign liaison program.

14              We grew it substantially over the period

15   of 1993 to 2001, doubling the number of people

16   involved, tripling I think the budget at one point up

17   to 2001. So it became a very important and a very

18   essential program given the responsibilities, the

19   increasing number of terrorist acts.  East African

20   Embassy bombings, USS COLE, obviously, Khobar. You

21   know, they made this program a very critical one and a

22   very prominent one back in headquarters.

1    Q    And in terms of your personal involvement,

2    was the counterterrorism a program that you essentially

3    delegated to others or were you directly involved with

4    managerial aspects?

5    A    No. I mean, we had a whole division at the

6    point that I left of counterterrorism, including an

7    Assistant Director.  And then section managers all the

8    way down to case squads around the United States.  So I

9    didn't -- I wouldn't say I directly managed the

10   program. I oversaw it as I oversaw all the programs of

11   the FBI, as well as the administrative functions.

12   Q    Do you know a Mr. Bassem Youssef?

13   A    Yes.

14   Q    And how did you first become aware of Mr.

15   Youssef?

16   A    I think in connection with the

17   establishment of the Legat in Riyadh, as best I can

18   recall. Certainly met him and came to know him after he

19   was appointed as Legat. And I couldn't recall the exact

20   circumstances under which we met, but I think it was

21   probably in connection with the establishment of the

22   office.  A lot of the previous work leading up to the

1    office because of his -- his knowledge of the language,

2    his experience as an agent.  I would connect it with

3    that, but you know there may be other circumstances

4    under which we specifically met, but I don't recall.

5            Q    I just want to call your attention to in

6    or about 1994.  Do you remember at all attending --

7    what is the DCI Award?

8            A    The Director of Counter Intelligence

9    Award?

10           Q    Yes.

11           A    Yes.  It's an award, I think, that the

12   Bureau sponsors.

13           Q    And do you know what the selection process

14   or how people are chosen for that?

15           A    Not specifically, no.

16           Q    Within the intelligence communities is

17   that considered prestigious?

18           A    Yes. It's a recognized award.

19           Q    Do you remember at all in, I believe, 1994

20   attending the DCI Award ceremony in which the award was

21   given to Mr. Youssef?

22           A    I don't specifically recall that, no.

1        Q        Okay.    I  think  he  said  it  would  the

2    Director of Central Intelligence.

3        A        Okay.  So that was a CIA award?

4                         (Whereupon,   the   document   was

5                         marked    as    Exhibit   1    for

6                         identification.)

7                 MR.  KOHN:   I'm  going  to  have  marked  as

8    Exhibit 1 a Xerox of a photograph of Mr. Youssef and

9    Judge Freeh and with members of Mr. Youssef's family.

10               And I'll just state for the record this is

11   a photograph of when Mr. Youssef got the DCI Award and

12   you were present. And it was a photograph taken.

13               BY MR. KOHN:

14       Q        Does that refresh your recollection at all

15   as to this?

16       A        Yes, I mean it does.   I -- I certainly

17   remember meeting his family. I wouldn't initially have

18   put it at this ceremony, but I do remember meeting his

19   family, yes. Obviously, the picture reflects my meeting

20   there.

21       Q        And do you have any recollection what he

22   was given that award for?

1      A      I'm sorry, I don't.

2      Q      You mentioned that you first remember him

3  through him as a Legat.   What do you remember about

4  that; how his name came to your attention and the

5  process for that?

6      A      Well, I mean, he was in the Legat package

7  that was presented to me. We have a selection board.

8  And Bassem's name together with some additional

9  candidates were put in that package after a selection

10 and review process that would be designed to give to

11 the Director three or four qualified candidates for

12 Legat.   And I selected him at that particular time.   It

13 was the first agent that we were sending to Saudi

14 Arabia, as I recall.

15     Q      This Saudi Arabia post, why was that

16 created?

17     A      Well, it was created as a integral part of

18 our counterterrorism program and strategy.   When I

19 became the Director, we were talking about

20 counterterrorism it -- it surprised, I guess, that we

21 didn't have offices in Cairo and Riyadh, Tel Aviv,

22 Islamabad, places like that.   So one of the things that

1    I did early on was the sort of process where we would

2    establish those embassies.

3            My view was, you know, we couldn't cover

4    those kinds of programs with countries on the level

5    with Saudi Arabia out of Rome, which is I think what we

6    did at the time.  It was just, you know, the agents

7    would get there once or twice a year, if that, and they

8    had no personal relationships with the in-country

9    services.  So not just because of the OPM-SANG bombing

10   and the Khobar case, it was clear that we needed

11   physical presence of liaison agents in those countries.

12        Q    And as I understand it Mr. Youssef would

13   have to open up an office, establish a new office

14   there?

15        A    Yes.

16        Q    And if you know, in terms of difficulty do

17   you think it would be harder for an agent to come into

18   a nation and establish a new office or if there was one

19   already present to come in and take over a continuing

20   operating office?

21        A    Yes. Well, I guess it would depend on the

22   country.  I mean, there were some countries we opened

1   offices up where, I mean, the host countries were so

2   thrilled and excited about getting us there, like in

3   Warsaw, that you know it was a very easy, almost

4   mechanical process.

5           Saudi Arabia was a much more challenging

6   process. So I would probably describe that as a much

7   more difficult understanding then, you know, either

8   filling a ongoing Legat office or putting one in a

9   country where, you know, all the circumstances made it

10  just a much more hospitable event.

11          Q    And if you can briefly describe some of

12  the circumstances that would make Saudi Arabia a more

13  challenging office to open for the FBI at that time?

14          A    Yes.  Well --

15              MS. WELLS:  Object to form.

16              THE WITNESS:  I think the -- you know, the

17  main -- the main challenge there was we had never -- we

18  had never had a relationship with the Mabahith, the

19  equivalent of federal police, the security service

20  there which performs the function of the federal

21  police.  I mean, there was no liaison to speak of.  We

22  had some connections through Rome.  We had some

1    connections through the CIA and RSO and the Embassy,

2    but there was no relationship there. So that as the

3    hardest thing.  This was a service that didn't know the

4    FBI. We didn't really know them.  There was no ongoing

5    relationship, I don't think, any base point of trust to

6    start from.  So, I mean, it was -- it was a difficult

7    undertaking.

8               BY MR. KOHN:

9         Q    And in terms of the cultural issues, the

10   differences, say, the way Saudi government viewed

11   American law enforcement or certain activities with the

12   American cultural issues, did that pose any particular

13   problems?

14        A    Yes.  I mean, a lot of their -- you know,

15   a lot of their equivalent criminal process we would

16   call it, you know, is tied up in Shari'a, which is the

17   religious law, religious courts as opposed to civilian

18   courts.

19             You know, the notion that FBI agents could

20   perform even assisted -- Saudi assisted interviews or

21   do any kind of operational activities in the country

22   was something that was very strongly resisted for a

1    long time.  They didn't understand our process. They

2    didn't understand the fact that under all rules, for

3    instance, of information that they gave us in many

4    cases would have to be turned over to defendants in a

5    criminal case in discovery.

6           So, I mean it is very -- you know foreign

7    in the proper sense of the word; processes and

8    procedures and expectations and understandings of each

9    other's process. So that's -- that's what the liaison,

10   you know, difficult.

11         Q    And prior to Mr. Youssef taking that

12   position, were there what I would call either

13   misunderstandings or tensions between the Saudi Arabian

14   government and the United States on issues such as

15   access to suspects in various terrorist activities that

16   related to the United States?

17         A    Yes, before and after.  I mean, there was

18   a continuing series of difficulties in, you know,

19   making requests that would be fulfilled by the Saudis

20   in a manner that we could, you know, use the

21   information or the evidence that they were providing. I

22   mean, it was a constant back and forth and negotiation

and discussion.  And sometimes, you know, I would have
to go very senior levels of the Saudi government to get
particular requests addressed because they were either
not understood or not accepted at lower levels --
senior levels but levels beyond -- below the top
government officials.

Q    And at the time of his appointment were
there any particular issues outstanding related to the
Khobar Towers terrorist attack?

A    Yes.  I mean, for a long time we were
trying to get access to witnesses who had been detained
by the Saudi government and who we thought had
information relative to the attack.  And we wanted that
FBI agent -- I wanted FBI agents to be able to
interview them directly and do that with the
understanding that not only would the information be
used, but there may come a point where we'd actually
need to take the deposition testimony or provide these
individuals as witnesses in an American proceeding. And
that was a very difficult concept for the Saudis to
understand:  (1) because it was a request being made as
they were in the middle of their process, which was a

1    religious court process and they were very concerned

2    about  FBI  contacts  tainting  their  process  or

3    interfering with their process and didn't understand

4    why  we  couldn't  just  interview  them,  take  the

5    information, bring it back to our court.   We were

6    explaining to them that, you know, we had to have

7    direct access and that ultimately they might have to

8    appear in court or we might have to take their

9    deposition with defense counsel and defendants present

10   electronically  or  whatever.   And  those  were  very

11   difficult concepts for them to understand.

12        Q    Now, at the time you were in your mind

13   selecting who would be the first Legat in Saudi Arabian

14   representing the FBI, I mean was that a given, the law

15   enforcement needs of the United States?   Was that an

16   important appointment?

17        A    Yes.

18        Q    And was that one that you wanted to be

19   very careful that the person was the right person for

20   that job?

21        A    Yes.

22

-- PGS 20 - 22 REMOVED, SUBJECT TO PROTECTIVE ORDER -

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50

3
4
5
6

1          Q      Now, at the beginning when I asked you

2     questions about the general qualifications for Legat,

3     and you mentioned liaison, you mentioned good working

4     relations, a number of things, why would experience in

5     international terrorism be important?  Why not just put

6     someone who has had a really strong recognized liaison

7     background and let him learn international terrorism

8     while in Saudi Arabia?

9          A      Well, I'm not saying you couldn't do that.

10    I mean, if we had an -- you know, an outstanding

11    criminal   investigator   who   had   no   particular

12    counterterrorism experience and no other candidate, you

13    know, I would not preclude that candidate from going

14    there.   Because   part   of   the   Legat's   primary

15    responsibility is really facilitating investigations,

16    making   sure   that   the   host   country   police   are   being

17    tasked to provide the right information. And you need

18    the experience of a good criminal investigator to know

19    what's relevant, you know what documentary and physical

20    evidence has to be selected, how that information was

21    obtain whether it's tainted or could be suppressed in

22    an American court.   So, I mean, I wouldn't exclude

1    someone   with   criminal   and   non-counterterrorism

2    background. But if you have a candidate that has the

3    counterterrorism background in addition to everything

4    else, it would certainly be all other things being

5    equal, a preferable candidate.

6

7         --PGS 24 - 26 REMOVED, SUBJECT TO PROTECTIVE ORDER --

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55

MR. KOHN:  Okay.  I'm going to show the witness a document we'll mark as Exhibit 3.

(Whereupon, the document was marked as Exhibit 3 for identification)

MR. KOHN:  And for the record, Exhibit 3 are division head comments to Mr. Youssef's prior

liaison in Cairo, Egypt.  And for the record, it's a

one page document in the top left hand corner it says

-- it looks like the number 11 with some handwritten

notations, division head comments.  And the first line

says "Based on SA Youssef's Egyptian heritage," and it

goes on.

        BY MR. KOHN:

    Q    If you would please look at that and see

if that refreshes your recollection of anything you may

have heard or known about his prior work in Cairo.

    A    Yes.  You know, I -- again, sitting here

today I can't say that it does.  But, you know, what I

would have done in addition to reading the document

you've marked as Exhibit 2, you know I would have had

conversations.  It would have been my normal practice

to talk to, for instance, Alan Ringgold who is on the

copy count.  I would have surely spoken to Randy

Perleman.  And, you know, I would have asked about both

candidates, and in that conversation I may have been

told about his liaison work in Egypt.  I don't remember

getting a letter from the Ambassador.  But -- you know,

I got so many fine letters about agents and I just

1    couldn't -- I couldn't recall.

2         Q    And —

3

4

5         ■ PGS 28 - 30 REMOVED, SUBJECT TO PROTECTIVE ORDER –
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55

3
4
5
6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55

3
4
5
6

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

1

2

3

4

5          MR.  KOHN:    And  I'm  going  to  show  the

6   witness a document that we've marked as Exhibit 4.

7                    (Whereupon,   the   document   was

8                    marked   as   Exhibit   4   for

9                    identification.)

10         MR. KOHN:  And for the record Exhibit 4 is

11  a  document  on  the  first  page,  it  appears  to  be  a

12  teletype. It's dated January 17. 1997 apparently from

13  Director FBI to State Department.  And it appears to be

14  12 pages long, I believe.

15         BY MR. KOHN:

16    Q     Do you recognize this document?

17    A     No. I mean, I recognize it as a copy of an

18  FBI  communication,  but  I  don't  recognize  it  as  a

19  document.

20    Q     And for the record, this appears to be a

21  teletype  announcing  to  the  State  Department  and  the

22  Embassy  in  Riyadh  that  Mr.  Youssef  had  been  appointed

23  to the Legat position.

24              And  if  you  can  turn  to  the  second  page,

1    the top two paragraphs are kind of like a summary of

2    his background.   Do you know in looking at this it

3    talks about the Desert War major case.   Do you know

4    what the Desert War case was?

5          A      No.   No. I'm thinking it's, you know, the

6    first Iraqi war, but I'm not familiar with it.

7          Q      And would this have been something that

8    was sent out in your name?   If you look on page 3, it

9    has your name to it?

10         A      Yes. I mean, everyday the FBI -- and I'm

11   trying to correct this without any success -- thousands

12   of documents would go out under my name and come to me,

13   and I saw probably none of them in original form.   This

14   is just a format that they would use.

15         Q      Okay.

16         A      This would have been probably sent out by

17   Ringgold or someone in the Foreign Liaison. I would not

18   -- in other words, it would not be necessary for me to

19   review or sign off on .

20         Q      Now after his appointment, do you remember

21   calling Mr. Youssef and telling him he got the job?

22         A      I'm  sure  I  did.   That  was  my  normal

1   practice. I don't recall that conversation, but I

2   almost certainly would have done it and I don't think I

3   ever failed to do that.

4       Q   And at the time of that appointment was

5   there a sense of urgency to get Mr. Youssef from the

6   United States into Riyadh?

7       A   Yes.

8       Q   And why?

9       A   Well, again, you know once the State

10  Department and the Saudi government had approved the

11  establishment of the office, we would want to have

12  somebody on the ground as quickly as possible just to

13  evidence our commitment and strong interest in it. But

14  also we had some very major investigations now going

15  on, so it was essentially that we have somebody on the

16  ground who would coordinate the investigation.  Not

17  conduct it, but be a liaison for it.

18      Q   And was one of those major investigations

19  ongoing the Khobar Towers bombing?

20      A   Yes.

21      Q   Did you have any involvement in that

22  investigation?

A    Yes.  I  mean,  like  many  of  the  major investigations  it  was  something  that  I  was  initially very  involved  in.   Continuously  over  the  years,  you know,  I  made  a  number  of  trips  to  Saudi  Arabia  and  met with  senior  officials,  worked  closely  with  their Ambassador  here.   And  then  throughout  the  U.S. Government  because  of  the  nature  of  the  crime  and  the enormity  of  the  attack,  you  know,  it  was  a  case  I maintained  a  great  deal  of  interest  in  until  I  left  the FBI.

Q    And  were  you  aware  that  in  Saudi  Arabia Mr.  Youssef  was  also  working  on  that  case?

A    Yes.

Q    My  first  question  is  did  you  learn anything  in  headquarters  that  gave  you  an  indication  as to  whether  Mr.  Youssef  was  successful  in  establishing liaison  with  the  Saudi  government.

MS.  WELLS:   Object  to  form.

THE  WITNESS:   You  know,  on  a  number  of occasions  the  Saudi  government  officials  with  whom  I dealt  compliments  Bassem  on  his  liaison  in  a  very positive  way.  I  couldn't  tell  you  exactly  who  it  was.  I

1    don't think it was the Crown Prince, for instance. It

2    was probably the Minister of the Interior, Prince Naif.

3    In fact, I know that he complimented Bassem to me on,

4    you know, at least one occasion, probably more than one

5    occasion.

6              And then the officials in the Mabahith,

7    the police service there, and again I can't remember

8    the names. But, yes, they would -- they would on

9    occasion because I would ask them or they would

10   volunteer compliment him on his liaison and his work

11   there.

12             BY MR. KOHN:

13        Q    And the Minister of Interior, in terms of

14   your understanding of the way the government of the

15   Kingdom of Saudi Arabia operates on a day-to-day basis,

16   how important were good relations with the Minister of

17   Interior of that government be to the FBI for the FBI

18   to do the mission that it was intended to do?

19        A    Yes, that would be essential.

20        Q    And did the Minister of Interior have a

21   control over the various police departments and law

22   enforcement agencies?

1        A        Yes, absolutely.

2        Q        And you've already testified, the

3    Mabahith, were they part of the Ministry of Interior?

4        A        Yes. They reported to the Minister and his

5    officials. But, you know, in terms of law enforcement,

6    national security, internal security, external security

7    -- no, external security is not included in that

8    portfolio.   All the other matters would be directly

9    under the Minister of the Interior.   And he would be --

10   he was my principal liaison over there, even though I

11   think he was probably a more senior equivalent official

12   than the FBI Director. But he was my liaison, he was

13   the individual that I would most frequently interact.

14       Q        Other than hearing it from Saudis, were

15   you able to observe anything in terms of access, in

16   terns of assistance in cases, things like that, that

17   would give you an indication that objectively Mr.

18   Youssef did establish good liaison in a way that was

19   beneficial to the United States?

20       A        Well I know when I was in Saudi Arabia and

21   he would accompany me to these meetings, I think

22   sometimes he would translate.    But Prince Naif

1    generally, you know, had his own translator.  But I

2    would watch them interact.  I could certainly observe a

3    very good relationship, very cordial relationship, very

4    respectful relationship from the point of view of the

5    Minister.  And, you know, my sense from that meeting

6    but also meetings with the police officials that he was

7    -- he was very well regarded there.

8         Q    In terms of the Khobar Tower case, do you

9    remember there was a time, as I understand it, that the

10   Saudi officials were still not allowing some form of

11   direct access or questioning and the FBI put together a

12   series of written questions they wanted submitted to

13   those prisoners to be answered.  Do you remember that?

14        A    Yes.

15        Q    Do you remember whether Mr. Youssef had

16   any role whatsoever in facilitating the interaction

17   between the United States and the Saudi Arabian

18   government to have those questions answered?

19        A    Well, he was certainly involved in that.

20   And, you know, I know we had meetings in the Kingdom

21   with various police officials.  I think Prince Naif on

22   one occasion.  We would make that request and talk

1    about the request and discuss it.  So he was clearly

2    involved in that.

3         While I was in Washington I would have

4    many other meetings and Bassem was not in attendance

5    because he was in Saudi Arabia where he needed to be.

6    But, you know, I was meeting with the Saudi Ambassador.

7    On other occasions I would meet with the Crown Prince,

8    Prince Sultan, the Defense Minister, many of the other

9    Saudi officials who were in the United States. And, you

10   know, I was pressing that request.  A number of other

11   requests later, but I was pressing initially the

12   request that, you know, we be at least allowed to

13   furnish them questions.

14        So, you know, I mean there were a lot of

15   people working on that request at the same time.

16        Q    And do you remember the circumstances of

17   actually getting the answers to the questions?

18        A    Yes.

19        Q    What do you remember about that?

20        A    Well, I mean there came a time when we got

21   from the Saudi Government I think delivered two Bassem

22   directly  and  then  back  to  the  case  agents  in

Washington, you know, the answers or summaries of the questions that we were asked to be put to them. And we were very excited about that.   That was a very important development of the case.

     Q    So to the best of your recollection, the Saudi officials gave it to Mr. Youssef and then he forwarded it for the FBI?

     A    Yes, which would have been the normal course through any Legat.

     Q    And do you remember any conversations with Mr. Youssef about that?

     A    You know, I'm sure we had conversations. I can't remember anything specifically except I do remember we were quite excited, even though it was a very, very far distance between that and, you know, what we could ever get in terms of evidentiary materials.   So we continued to press for direct FBI interviews, which at one point we were allowed to perform but with the presence of Saudi officials.   And then we continued to press for FBI officials without the Saudi officials.   That took an awfully long time. And that really wasn't accomplished until 2000.   So

there was a continuing difficulty, as I alluded to

before, in getting the Saudis even at the highest level

to agree to giving us access in a manner that we could

then use for evidence.  Because we were not looking to

brief these guys for intelligence. We were looking to

develop witnesses that could be used in a prosecution

in the United States.

Q     And do you remember what Mr. Youssef's

role was in trying to facilitate those interviews?

A     Yes. I mean, he had an integral role

because he would be the direct liaison with the

Mabahith and, you know, my request to the Saudis were

always forwarded to him. And the information and then

the response back from the Saudis were -- was responded

to. But, you know, that wasn't -- we were working at

other levels.  In fact, very high level and I was in

the White House, you know, asking literally the

President and the Vice President to make that specific

request and others to the Crown Prince in meetings in

Washington, meetings in New York.  And as I said, I was

meeting on some occasions with the U.S. Ambassador and

other FBI officials with the Crown Prince in Washington

1    making the request.  So it was multiple channels which

2    were going on at the same time.

3         Q    There came a time I think where you

4    visited Saudi Arabia and Mr. Youssef facilitated that

5    or accompanied you?

6         A    Sure.  There was probably a couple of

7    visits.

8         Q    And how would you describe Mr. Youssef's

9    performance during those visits?

10        A    Yes.  I mean, I would perform it as -- I

11   would characterize it as -- as excellent. I mean, I was

12   very pleased with his performance.

13             As I said before, I noted a very good

14   relationship between him and the Saudi officials.   I

15   observed a good relationship between him and the

16   Ambassador.  So I was very pleased with what I saw.

17        Q    I just want to go back to Los Angeles for

18   a moment before the Legat.

19        A    The Legat.

20        Q    The Legat. I'm sorry.

21             Do you remember Mr. Youssef being given

22   FBI credentials in a phony name?

1        A    No.

2        Q    And within the FBI is that something -- is

3   that very uncommon that an agent would be given -- do

4   you know why an agent would be given official FBI

5   credentials in a phony name?

6        A    Yes.  Sure.   It would be for security

7   reasons.  And we did that with Joe Pistone who would be

8   undercovering organized crime case.  We did it

9   occasionally for individuals.  Joe Pistone I remember

10  specifically because I had him as a witness in a case

11  when I was a prosecutor. So we would do that from time-

12  to-time for security reasons.

13       Q    Do you know --

14       A    Not undercover reasons, but security

15  reasons.

16       Q    In the area of counterterrorism, do you

17  know if that was something that had been done on a

18  common basis or uncommon, do you know?

19       A    I would say it would be uncommon.   It

20  would not -- I would not have thought of it as a common

21  process. I think it would be an unusual event.

22       Q    In  terms  of  Mr.  Youssef's  overall

1    performance at Legat Riyadh, how would you describe --

2    I know you've given testimony on this before, but if

3    you were like the rating official, and I know you

4    weren't, but how would you overall describe his

5    liaison?

6                    MS. WELLS:  Object to the form.  Asked and

7    answered.

8                    THE WITNESS:  Yes.  I mean, I would give

9    him a very, very high performance based on, again, what

10   I saw and what observed, what I heard, what I knew at

11   the time.

12                   BY MR. KOHN:

13        Q       And what about interpersonal skills?

14        A       Same -- same answer.  I mean, again, you

15   know I was with him at meetings.  I talked to lots of

16   Saudi officials when he was present, when he wasn't

17   present and, you know, on several occasions I mean he

18   was complimented by those officials directly to me.

19        Q       And what about leadership?

20        A       Yes. I mean, someone goes into a country,

21   sets up a Legat office under those types of challenging

22   circumstances, I'd give him very high -- again, the

1    same high regard and evaluation on that.

2         Q      And just for the record, was the Khobar

3    Towers bombing case considered a major case of the FBI

4    at the time?

5         A      Yes.

6         Q      Object to form.

7              BY MR. KOHN:

8         Q      And I don't know if there's a formal

9    rating system, but I understand that the FBI would

10   jurisdiction over hundreds of different types of crimes

11   and different levels. Was there a system to rate

12   priorities like, in other words, how you would view

13   Khobar Towers versus, say, a bank robbery in Tulsa,

14   Oklahoma? Not to say that wasn't a terrible thing, I'm

15   just wondering for resources --

16        A      Yes. I don't think we had -- we didn't

17   have -- we didn't have a specific rating system. But,

18   I mean, it was one of the top dozen cases during the

19   time that I was there.  And that wasn't because I

20   wasn't interested in it. It was because of, you know, a

21   crime and a terrorist act of that nature which, you

22   know, as the investigation developed reflected not just

1      individual participation but state participation.  I

2      mean it became a very immensely important

3      investigation, not just to the Bureau, but to the

4      United States.

5           Q     And just overall in terms of what Mr.

6      Youssef did for the Khobar Towers investigation, how

7      would you rate his performance on that?

8           A     Very good.

9           Q     I want to call your attention, to you

10     remember at some point there was a meeting in I believe

11     in your office in headquarters with Prince Bander, the

12     Ambassador, Prince Mohamed bin Naif, the Assistant

13     Minister of Interior, I believe Dale Watson was there?

14     I believe Mr. Youssef was there.

15          A     Yes.

16          Q     And do you remember during that meeting

17     you asking one of the representatives from Saudi Arabia

18     about how they would like to continue the liaison

19     between the two, between Saudi Arabia and the United

20     States?

21          A     Yes, not specifically.  We had a couple of

22     -- first of all, I had a lot of meetings with -- with

1    Prince Bandar in my office. I think when Prince Mohamed

2    came, that was a -- I mean that was a very -- I think

3    he visited twice when I was at the FBI.  And he had a

4    -- I think he was one of the -- I think he was the

5    Deputy Minister of the Interior, that was his title.

6    But he was also the son of the Minister.

7              So we put together, you know, a day of

8    briefings  and  meetings.  And  I  remember  that

9    specifically.  I don't remember that specific question

10   being asked.

11        Q    Do  you  remember  Prince  Mohamed  --  the

12   account that I have here indicates that there came a

13   point where Prince Mohamed stopped speaking in Arabic

14   and then broke into English and relayed a message from

15   the Minister of Interior, words to the effect we want

16   you to know we think Bassem is a good guy and that we'd

17   like to continue liaison with him. Does that refresh

18   your recollection at all?

19        A    No. No, it doesn't.

20        Q    But  in  overall,  was  it  your  impression

21   that the Saudis, that Mr. Youssef was very important --

22   played  an  important  role  in  facilitating  liaison

1    between Saudi Arabia and the United States?

2         A    Yes.   I mean, not just my impression. I

3    mean, they told me that, so --

4         Q    Okay.    Now  was  Riyadh  considered  a

5    hardship post?

6         A    Yes.

7         Q    Why?

8         A    Well, for a number of reasons.  One just

9    physical security for FBI personnel, their families,

10   you know that would be different from a lot of other

11   postings  other  overseas.  Maybe  not  today  or  post-

12   September 11th, but certainly when we opened up the

13   office.

14            Also, I mean, the restrictions on just

15   social activities.  Your spouse, if your spouse happens

16   to be the wife.  You know, the schools, the culture,

17   the  religious  law  which  even  foreigners  have  to

18   subscribe to.

19            You know, we used to have issues about

20   sending female agents over there. In fact, the case

21   agent in Khobar was a woman, an excellent agent.  And,

22   you know, we had to talk about at senior levels, you

1    know, how she would interact, what she would wear when

2    she visited the Kingdom, etcetera.  I mean, it's a very

3    difficult post for anybody to be in.

4        Q    And as I understand it, the assignment

5    would be a two year assignment?

6        A    Generally a two year assignment.

7        Q    And were you involved at all in the

8    decision to extend Mr. Youssef from a two year to a

9    second two year post then?

10        A    Yes, I would have definitely been involved

11    in that, at least having to approve it.

12        Q    And as I understand it, when that approval

13    process would happen, there would be like a poll taken

14    of the various persons he would interact with and to

15    see if they would object, or does that refresh your

16    recollection?

17            MS. WELLS:  Object to the form.

18            THE WITNESS:  No.

19            BY MR. KOHN:

20        Q    And I'm going to show the witness, which

21    would be Exhibit 6.  I'm going to change the marking on

22    this from 6 to 5 in my hand.

1              (Whereupon,   the   document   was

2                   marked    as    Exhibit    5    for

3                   identification.)

4         MR.   KOHN:    So  Exhibit  5  is  a  two  page

5    document.  It's  dated  11/03/98  to  Riyadh,  attention

6    Bassem   Youssef.  And   it   says   drafted   by   Austin,

7    Patricia.

8              THE  WITNESS:  Yes.

9              BY  MR.  KOHN:

10        Q     If  you  see  this  on  the  second  full

11   paragraph,  it  references  I  believe  canvassing  the

12   various   sections   to   determine   if   there   are   any

13   reservations  regarding  granting  the  extension.

14        A     Yes.

15        Q     Do  you  see  that  CID  and  NSD  responses  were

16   very  complimentary?

17        A     Yes.

18        Q     Does  that  refresh  your  recollection  as  to

19   whether   there   was   a   process   before   granting   an

20   extension  that  there  would  be  a  canvass  of  major

21   principals  to  see  if  there  were  any  concerns  about

22   that?

1          A     Yes. I can't say that I remember that as a

2     process, but certainly what I would expect to happen is

3     if an extension was going to be given, you know,

4     certainly within the headquarters units there would

5     have to be some due diligence done as to the

6     performance of that person before we'd make a decision

7     to extend them.

8          I would have probably been involved in one

9     of those discussions. Probably -- I don't remember one,

10    but Ringgold being gone now, it would have been with

11    Mike DiPretoro.  They would not -- I mean, they would

12    not extend -- a Legat would not be extended for this

13    period of time without my approval.

14         Q     And just for the record, CID stands for?

15         A     Criminal Investigative Division.

16         Q     And NSD?

17         A     National Security Division. This was prior

18    to having the Counterterrorism Division.

19         Q     And would those be very important

20    divisions that Mr. Youssef would have to have

21    effective, say, liaison or interactions with?

22         A     Yes, the two most important at the time.

1          MR. KOHN:  And now I think I'll be showing

2     the witness Exhibit 6, which are excerpts from a

3     hearings before the Select Committee on Intelligence,

4     U.S. Senate.  And this from the official print of the

5     Committee.

6                         (Whereupon,  the  document  was

7                         marked  as  Exhibit  6  for

8                         identification.)

9          THE WITNESS:  2002.

10          BY MR. KOHN:

11     Q     2002.  It's  the  joint  inquiry  into

12     intelligence activities before and after the terrorist

13     attacks of September 11, 2001.  And I believe the

14     testimony here of -- and I have excerpted some of the

15     testimony of Judge Freeh from that hearing.

16          And the page numbers I'm going to refer to

17     when I use this exhibit are the page numbers from the

18     Committee print, which are on the very top.  Not the

19     page numbers on the bottom.

20          And for the record, do you remember

21     testifying for this Committee on or about October 8,

22     2002.

1          A     Yes.

2          Q     And --

3          A     Page 465.

4          Q     First I'd like to call your attention --

5    yes, and the testimony here, this is your testimony

6    beginning on page 449.

7          A     Yes.

8          Q     And if you'd just go to page 463, which is

9    part of your testimony you reference in talking about

10   the Legat program, and I'm looking at the very top

11   paragraph, full paragraph, you say "Riyadh and other

12   critical locations around the world." You mentioned Tel

13   Aviv, Ankara, a number.

14         A     Yes.

15         Q     Why was Riyadh a critical location around

16   the world?

17         A     Yes, well as I said before, you know in

18   terms of the counterterrorism program when I took over

19   as Director, you know, and I understood where we had

20   offices, I couldn't understand why we didn't have

21   offices in the countries that are recited on page 463.

22   Cairo, Islamabad, Tel Aviv, Ankara, Riyadh in the sense

1    that for counterterrorism purposes, both enforcement as

2    well as intelligence, those were the central countries

3    of, you know, U.S. concern, focus and vulnerability.

4    So it didn't make any sense that we could run that

5    program without having agents on the ground in those

6    places.

7         Q    And the --

8         A    And -- excuse me.  And many other places.

9    These are the ones that I happened to recite because we

10   opened offices there.

11        Q    And the last sentence, you state "Critical

12   alliances  and  partnerships  with  law  enforcement

13   security services in those countries has paid enormous

14   benefits and has protected this nation and our people

15   from acts of terrorism."

16        A    Yes.

17        Q    So that sentence, that would relate back

18   in part to Riyadh?

19        A    Yes.

20        Q    And would it be your testimony that the

21   work of Mr. Youssef in Riyadh contributed to those

22   positive results identified here?

1        A     Yes, certainly contributed to them.

2        Q     And if you could please turn to page --

3   we're looking at page 464/465.  And this was your

4   testimony related to the Khobar Towers?

5        A     Yes.

6        Q     And on page 465 at the very top paragraph

7   towards the middle you mention "Arabic speaking Special

8   Agent who became the first FBI agent assigned to Saudi

9   Arabia quickly made critical liaison relationships of

10  trust were established between FBI and Mabahith."   Is

11  that agent Mr. Youssef?

12       A     Yes.

13       Q     And if you could please turn to page

14  596/97.

15       A     Okay.

16       Q     And that is there's a question on 596 from

17  Senator Shelby and he's talking about, if you look at

18  the very bottom of 596/597, he's talking about

19  apparently there had been prior testimony given to his

20  Committee about problems and impediments between the

21  Saudi government and the United States regarding the

22  Khobar Towers.  Do you see that?

1          A      Bottom of 96?

2          Q      Yes. The bottom of 596, the top of 597.

3     Senator Shelby says "I recall and the record will

4     reflect that in the Committee that you told us in

5     Committee on several occasions dealing with Khobar

6     Towers that the problem impediment early on -- maybe it

7     improved." Do you see that?

8          A      Yes.

9          Q      So would it be true that prior to Mr.

10    Youssef becoming the Legat there had been some problems

11    with that interaction between the Saudis and the United

12    States, and apparently that had been discussed before

13    Mr. Shelby's Committee?

14               MS. WELLS:  Object to the form.

15               THE WITNESS:  Yes, but as I said, problems

16    both before and after.   I mean, no reflection on

17    Bassem's good work here. I mean, the problems continued

18    way beyond the period that he got there, the liaison

19    problems.   Not because of his representation, but

20    because of the matters I described to you earlier in

21    the deposition.

22               BY MR. KOHN:

1          Q      And then in response to that question, if

2     you see you mentioned that -- and I'm looking at

3     there's a one paragraph answer. You're addressing him

4     and you're saying that, if you see it, "slowly but in a

5     very, very positive fashion ultimately resulting in the

6     type of access that I testified to." You're talking

7     about that there had been, it looks like from this

8     testimony, an improvement in that relationship?

9          A      Yes. Yes. The relationship improved, as I

10    said, up to, you know, May of 2001 which is when I left

11    my direct involvement in Khobar.  But there were --

12    there was an increasing continuum of improvement in

13    that relationship from an FBI law enforcement point of

14    view during that period.

15         Q      And how would you describe Mr. Youssef's

16    contribution while he was the Legat to that improved

17    relationship?

18              MS. WELLS:  Object to the form.

19              THE WITNESS:  Yes. Well, and as I said

20    before, I think he was the essential player. I think

21    his -- his very good work there, the high regard that

22    the Saudis had for him advanced that.  But, you know,

1    it was nothing that Bassem could have accomplished on

2    his own in terms of what we ultimately needed there.

3    And what we ultimately needed was FBI agents sitting

4    one-on-one without Saudi police officials interviewing

5    people who detained in their equivalent criminal

6    process. And that was the objective that we had to get

7    to, which we didn't get to until late 2000. And that

8    required literally, you know, the involvement of the

9    President of the United States and the Crown Prince

10   directly.

11       Q    And did you have any involvement in the

12   selection process for when Mr. Youssef came back to the

13   United States?  He was given a position in the NACIC?

14       A    I don't know if that was a position that

15   the Director signed off on or not. I just don't recall.

16   There was a limited number of positions that, as you

17   saw with the Legat position, the FBI Director

18   personally signs off on.  I'm not sure if that was one

19   or not.

20

21       -- PGS 57 - 59 REMOVED, SUBJECT TO PROTECTIVE ORDER --

22

23

24

25

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS

1323 RHODE ISLAND AVE., N.W.

(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

1
2
3
4
5
6
7
8
9

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433         WASHINGTON, D.C.  20005-3701         (202) 234-4433

1

2

3

4          MR. KOHN:   And I'm going to show the

5    witness a document I have had marked as Exhibit  8.

6                         (Whereupon,  the  document  was

7                         marked  as  Exhibit  8  for

8                         identification.)

9          MR. KOHN:  And for the record Exhibit 8 is

10   from an inspection report of the Legat Riyadh office.

11   Unfortunately, the Bates stamped numbers don't appear

12   very well on it. The last page has the number 7644.

13   And the first page is 7630, although it's cut off.

14          THE WITNESS:  Okay.

15          BY MR. KOHN:

16      Q    Did you review inspection reports?

17      A    Some of them, not all of them.

18      Q    Did you review this particular inspection

19   report out of Riyadh?

20      A    Yes, I don't recall that I did, Mr. Kohn.

21   Let me look through it quickly, if I might.

22          MS. WELLS:  And I'd just like to note for

1    the record that this document is not complete. The

2    table of contents notes that the findings and the

3    appendix of findings would be on 17 and that that would

4    run up to the abbreviations on page 25.   And the

5    exhibit that's been introduced stops at page 15.

6           MR. KOHN:   And I agree.   This is the first

7    15 pages of the report.

8           THE WITNESS:   I don't -- looking at this,

9    I don't recall having reviewed this. On many occasions

10   I would review an inspection report. I generally would

11   put notes on the summary page if I had a particular

12   comment or inquiry or follow-up that I wanted done, or

13   if I wanted to have somebody commended or if I wanted

14   to write a note to the Ambassador or something. I don't

15   see anything on here that indicates I reviewed it, and

16   I don't recall reviewing it.

17          BY MR. KOHN:

18       Q    If you could please look, and I'm looking

19   at the page numbers that are in the report itself.

20       A    Yes.

21       Q    If you could please look at page 5.   At

22   the very bottom it references comments that apparently

1       Ambassador Flower gave to the inspectors in which the

2       Ambassador is quoted as saying he was "Just the right

3       man" for the position.   Did you have any discussions

4       with Ambassador Fowler about Mr. Youssef?

5            A       Yes, I did.   And, you know, consistent

6       with what's reflected on 7634, he was very

7       complimentary of Bassem and his work there. And they,

8       of course, when they were in a reporting position, the

9       Chief of Mission is obviously the senior U.S. official

10      in country.   So although Bassem was a FBI agent, he

11      also reported directly to the Ambassador. And he was

12      very complimentary of him.

13           Q       And if you could please look at page 14 of

14      the report, which is 7643.   And just put a number here.

15      "As an analysis of Legat Riyadh's investigations

16      determined that there were 2589 case leads were open"

17      and then it gives some statistics. I'm just wondering

18      if you can answer it.   Do you know in looking at the

19      number of case leads and the type, how busy this office

20      was?

21               MS. WELLS:   Object to the form.

22               BY MR. KOHN:

1      Q      Can you make a determination on that in

2   terms of the amount, the workload?

3      A      Well, you know, maybe not on the basis of

4   these numbers, because I'm just out of practice in

5   terms of comparable Legat case loads and whatnot.  But,

6   I mean, I have a better source than what I would

7   remember here, and that's just my experience with that

8   office.  It was a very, very busy office.  And covering

9   not just Saudi Arabia, but a number of -- you know,

10  very complex and important neighboring countries.  So,

11  I mean it was -- I would have call it then, would call

12  it now and based on my recollection an extremely busy

13  office.

14     Q      And what type of feedback did you -- what

15  did you either observe or the type of feedback you

16  received concerning Mr. Youssef's work in the

17  neighboring countries other than Saudi Arabia?

18     A      You know, I don't recall anything

19  specifically.  I certainly don't recall anything

20  negative at all.  But I can't tell you.  And I know --

21  I visited a number of those countries. I think -- and

22  I'm not sure if Bassem accompanied me or not.  He

1    certainly would have if he was the Legat at the time.

2    I really don't have a memory of that, but certainly

3    nothing except -- I don't remember anything negative or

4    anything that would have caused me any concern or alarm

5    about his performance.  I think he was -- he spent most

6    of his time in the Saudi relationship, which was a full

7    time job.

8         Q    Now, the 9/11 attack happened a number of

9    months after you left the Bureau, correct?

10        A    Yes.

11        Q    Were you aware that after that attack the

12   FBI what's known as TDY'ed a large number of agents and

13   personnel to assist in the investigation?

14             MS. WELLS:  Object to form.

15             THE WITNESS:  Yes.  I knew that many --

16   many FBI personnel was deployed overseas and -- yes.

17             BY MR. KOHN:

18        Q    And if there was a major criminal action,

19   would it be typical for the FBI to TDY agents to work

20   on that case?

21        A    Overseas?

22        Q    Or domestically?

1      A      Yes, certainly domestically that would be

2   our practice. Overseas would really depend on the host

3   country and, you know, the relationship there.  I mean,

4   if it happened in France, we wouldn't be sending a

5   large number of FBI agents. It would depend on the

6   country and the circumstances.

7      Q      Based upon your knowledge of Mr. Youssef,

8   his background experience, his performance, and this is

9   hypothetical.   But hypothetically if you were the

10  Director at the time right after the 9/11 attack, would

11  Mr. Youssef have been someone that you may have -- and

12  assume he was back in headquarters or back in

13  Washington not working counterterrorism.  And for the

14  record, he was at the NACIC.  Would he be the type of

15  person that you'd consider to TDY onto that type of

16  activity?

17           MS. WELLS:  Object to the form.

18           THE WITNESS:  Yes. And I'm not good at

19  hypothetical questions.  Sure, I mean, based on all the

20  matters we talked about this morning, the documents

21  that you've showed me, I would certainly consider him.

22  I mean, it would have to be in the context of, you

1    know, where it was we needed him.  You know, what his

2    relative availability is -- I mean, who else was

3    available.  I mean, it would be a very hard question to

4    answer.

5              I would certainly, you know, consider him

6    as a person who we would deploy in that kind of a

7    situation, yes.  But, you know, it would have to depend

8    on a lot of other factors.

9              BY MR. KOHN:

10   Q    And in terms of his background and

11   experience, if you can answer it, what types of

12   assignments do you think would have been practical to

13   deploy him at?

14             MS. WELLS:  Object to the form.

15             THE WITNESS:  Again, domestically,

16   internationally?

17             BY MR. KOHN:

18   Q    Domestically.

19   A    Domestically?  Well, you know, I don't

20   that we would -- that we would have deployed him from

21   his current assignment domestically, you know, after

22   9/11 if he was in headquarters, I guess.  I think, you

1    know, given his experience, certainly his language, you

2    know, domestically he would probably have a much more

3    required role and be of greater help back at

4    headquarters as opposed to going out to a field office.

5              Internationally certainly given his

6    language experience, his relationships with the Saudi

7    officials, other countries he would be, you know, in my

8    mind anyway a candidate that we would consider sending

9    into a TDY situation.

10        Q    Based upon your knowledge of Mr. Youssef,

11   did you know of any reason why that he shouldn't be

12   used in a TDY'd or a permanent role in -- well, first

13   of all, like in a TDY assignment for a terrorist attack

14   such as the 9/11/01 attack?

15             MS. WELLS:  Objection.

16             BY MR. KOHN:

17        Q    Do you know of any reason why you may not

18   want to use him.

19             MS. WELLS:  Object to the form.

20             THE WITNESS:  Yes. I mean, I think -- the

21   decision to use him, rather it was formally appointing

22   him as a Legat or putting him, as I did with John

1   O'Neal, in charge of a particular investigation

2   overseas, I mean I would have to -- I would have to

3   know what the circumstances were at the time.

4           BY MR. KOHN:

5       Q    Okay.

6       A    I mean, I would factor in everything,

7   certainly my own personal knowledge, my regard for him,

8   my high regard for my relationship. But I would want to

9   factor in a lot of things.  And, you know, would he be

10  the right person in that particular situation? I don't

11  know.  I mean, what -- what is the situation?  Is he

12  dealing with Vice Fowler or is he dealing if some other

13  State Department official?  It would depend on a lot of

14  things.

15      Q    Would there be any truth to the statement

16  that you were unhappy with Mr. Youssef's performance in

17  Saudi Arabia?

18      A    No.

19          MR. KOHN:  Let me just go off the record

20  for a moment.

21          (Whereupon, at 11:28 a.m. off the record

22  until 11:37 a.m.)

1           MR. KOHN:  No further questions.

2           MS. WELLS:  We have a few.

3                    CROSS EXAMINATION

4           BY MS. WELLS

5      Q      In   your   testimony   that   you   provided

6  earlier, just to provide a little more content.

7           Can you please describe your understanding

8  of  what  the  role  that  Legats  overseas  would  play  in

9  investigations?

10      A      Yes. I mean, the Legat role is primarily a

11  liaison   role.   So   they   would   not   be   operational

12  investigators in almost all circumstances.  And one of

13  the  agreements  that  we  have  with  the  host  country  is

14  that  they  don't  conduct  the  investigation.   In   most

15  countries they're very sensitive about the Legats even,

16  you  know,  picking  up  a  phone  and  calling  and  somebody

17  in  country  to  get  information.  We  have  more  leeway  in

18  some  countries  than  others. But  their  main  function  is

19  to   liaison,   so   they   would   you   know   have   the

20  relationship  with  the  host  country  these  services  and

21  then  agents  coming  into  the  country  or  DOJ  attorneys

22  coming  into  the  country,  or  requests  for  information,

1    they would sort of be the traffic cop to ensure that

2    the information flowed in the right direction and that

3    the investigators when they were allowed to operate in

4    the country, to do so.

5              MS. WELLS:  Off the record.

6              (Whereupon, at 11:38 a.m. off the record

7    until 11:45 a.m.)

8              BY MS. WELLS

9         Q    Okay.  I believe before we went off the

10   record you were talking about you had answered a

11   question about what in general what a role of the Legat

12   would be in an overseas investigation.

13        A    Yes.  And it would be characterized, you

14   know, as a liaison role. For instance, the FBI has an

15   investigation to conduct which relates to witnesses or

16   evidence in a country. They would be the officer in the

17   embassy contacting the police services, making all the

18   arrangements, requests for records, requests for

19   interviews be taken place wither by local police

20   officials or FBI agents who would visit.

21             On the other end if the host country has

22   requests for information in connection with one of

their matters, they want to speak to witnesses in the

United States, there are bank records, they want funnel

those requests through the liaison.  So the liaison is

-- traffic cop is the wrong word for it, but it's

really a liaison and coordinating function, not an

investigative function.

Q    And is what you just described consistent

with your understanding of Bassem Youssef's role was in

the Khobar Towers investigation?

A    Yes.

Q    And can you please state for the record

who in your mind was the lead investigator for that

investigation of Khobar Towers?

A    Well, it would be Issac Jenkins.  There

was a number of Washington-based agents who -- I mean,

I would consider them -- did consider them the case

agents. They were the people who were responsible for

the case, the case was assigned to them and they were

preparing what we needed to get to an indictment.

Q    Okay.  Now to switch gears a little bit.

There has been some allegations in this case and there

have been some questions in other depositions about

1    whether or not you are aware of any contacts by the

2    Saudi Arabian government post-9/11/2001 to use Mr.

3    Youssef as a liaison between them and the United States

4    Government.  Does that ring a bell with you? Is that

5    anything that you're familiar with?

6         A    No.

7              MS. WELLS:  I have no further questions.

8                   REDIRECT EXAMINATION

9              BY MR. KOHN:

10        Q    Just a brief follow-up, which is in the

11   context of Saudi Arabia at the time period that Mr.

12   Youssef served as the Legat how important was it to the

13   interests of the United States that his liaison work?

14        A    Yes.  Well, it was essential.  I mean, if

15   that liaison didn't work, the substitute for it would

16   be in-country the CIA and the State Department, usually

17   the regional security officer or back here, you know,

18   myself and other officials in the executive dealing

19   with Saudi officials, Ambassadors at very senior

20   levels.  So, I mean, that -- that had to work.

21        Q    Okay.

22              MR. KOHN:  Nothing further.

1          (Whereupon, at 11:48 a.m. the taking of

2     the deposition was concluded, signature having not been

3     waived.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19