UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BASSEM YOUSSEF <br><br> Plaintiff <br><br> v. <br><br> FEDERAL BUREAU <br> OF INVESTIGATION, *et al* <br><br> Defendant | Civil Action No. 03cv1551 <br> Judge Colleen Kollar-Kotelly |

## VERDICT FORM

1. Has Plaintiff Bassem Youssef proven by a preponderance of evidence that the denial of permission to participate in inspections of FBI's offices was a materially adverse action?

    (a) denial of permission to participate in the Los Angeles inspection

        _____ YES     __X__ NO

    (b) denial of permission to participate in the OPR inspection?

        _____ YES     __X__ NO

    (c) precluded from requesting permission for future inspection after February 2005?

        _____ YES     __X__ NO



**IF YOU ANSWERED "NO" TO ALL OF THE PRECEDING QUESTIONS DO NOT ANSWER ANY FURTHER QUESTIONS AND PROCEED TO THE CERTIFICATE.**

**IF YOU ANSWERED "YES," TO ANY OF THE PRECEDING QUESTIONS, THEN PROCEED TO THE NEXT QUESTION.**

2.  Has Plaintiff Bassem Youssef proven by a preponderance of evidence that the denial of permission to participate in inspections of FBI's offices was to retaliate against Plaintiff for having engaged in protected activity?

             _____   YES        _____   NO

**IF YOU ANSWERED QUESTION NO. 2 "NO," DO NOT ANSWER ANY FURTHER QUESTIONS AND PROCEED TO THE CERTIFICATE.**

**IF YOU ANSWERED QUESTION NO. 2 "YES," ANSWER THE NEXT QUESTION.**

3.  Do you find from a preponderance of the evidence, that Plaintiff Bassem Youssef suffered compensatory damages as a result of Defendant's retaliation?

             _____   YES        _____   NO

**IF YOU ANSWERED QUESTION NO. 3 "NO," DO NOT ANSWER ANY FURTHER QUESTIONS AND PROCEED TO THE CERTIFICATE.**

**IF YOU ANSWERED QUESTION NO. 3 "YES," ANSWER THE NEXT QUESTION.**

4.      Based on a preponderance of the evidence, what sum of money, if paid now in cash, do you find would reasonably compensate Bassem Youssef for any compensatory damages suffered as a result of Defendant's conduct?

Answer: $_____

## CERTIFICATE

We, the jury have answered the above and foregoing questions, and hereby return same to the Court as our verdict.

_9/27/10_  
Date

_____  
JUROR FOREPERSON