UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ERIC HOLDER, JR., )<br>ATTORNEY GENERAL, )<br>U.S. DEPARTMENT OF JUSTICE, et al., )<br>)<br>    Defendants. )<br>_____) | Case No. 1:03CV01551 (CKK) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants hereby move for summary judgment under Fed. R. Civ. P. 56 on the sole remaining claim in this case, which relates to plaintiff's assertion that the Federal Bureau of Investigation discriminated against him on the basis of his national origin when he was assigned on a temporary basis in March 2002 to a position in the Document Exploitation project. The grounds for this motion are set forth more fully in the accompanying memorandum of points and authorities.

Dated: November 13, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD R. MACHEN
United States Attorney

JOSHUA GARDNER
Assistant Director
Federal Programs Branch

*/s/ Carlotta P. Wells*
CARLOTTA P. WELLS
ADAM SIPLE (NJ Bar 041782002)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 305-7664
Fax: (202) 616-8460
E-mail: Adam.C.Siple@USDOJ.gov

Attorneys for Defendants