# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BASSEM YOUSSEF,            )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>ERIC HOLDER, JR.,           )<br>ATTORNEY GENERAL,           )<br>U.S. DEPARTMENT OF JUSTICE, et al.,  )<br>                            )<br>    Defendants.             )<br>_____ ) | Case No. 1:03CV01551 (CKK) |

## PROPOSED ORDER

Upon Consideration of the Defendants' [318] Consent Motion for Extension of Time to File a Reply, it is hereby **ORDERED** that the Motion is GRANTED.

Defendants' Reply is due no later than **February 18, 2013**.

Date: _____

_____
COLLEN KOLLAR-KOTELLY
United States District Judge