**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BASSEM YOUSSEF<br><br>　Plaintiff,<br><br>　　v.<br><br>ERIC H. HOLDER, JR., United States Attorney General, U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>　Defendants. | Civil Action No. 03-1551 (CKK) |

**ORDER**
(December 2, 2014)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 2nd day of December, 2014, hereby

**ORDERED** that Defendants' [315] Motion for Summary Judgment is DENIED;

IT IS **FURTHER ORDERED** that a Status Hearing is SCHEDULED in this matter for JANUARY 21, 2015, at 11 A.M. in Courtroom 28A to discuss pretrial matters;

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE