# Index

## **Index to the Attachments**

A.  Defendant's Objections to Plaintiff's Pretrial Statement

B.  Plaintiff's Response to Defendant's Objections to Plaintiff's Witnesses and Exhibits

C.  Defendant's Response to Plaintiff's Objections

D.  Plaintiff's Reply to Defendant's Response to Plaintiff's Objections (Witnesses and Exhibits)

E.  Table of Defendant's Exhibits

F.  Plaintiff's Table of Objections to Defendant's Exhibits

G.  Table of Defendant's Demonstrative Aids

H.  Joint Proposed Jury Voir Dire

I.  Joint Proposed Jury Instructions

J.  Joint Proposed Jury Verdict Form