# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| BASSEM YOUSSEF, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. |
| | : 1:03CV01551 |
| ERIC HOLDER, JR., ATTORNEY | : (CKK) |
| GENERAL, U.S. DEPARTMENT OF | : |
| JUSTICE, et al., | : |
| | : |
| Defendants. | : |

Friday,
September 6, 2013

Washington, DC

DEPOSITION OF:

DANIEL BYMAN

called for examination by Counsel for the

Defendants, pursuant to Notice of Deposition,
in the offices of the Department of Justice,
located at 20 Massachusetts Avenue, NW,
Washington, DC, when were present on behalf of
the respective parties:

**APPEARANCES:**

On Behalf of the Plaintiff:

        STEPHEN M. KOHN, ESQ.
of:   Kohn, Kohn & Colapinto, LLP
        3233 P St., NW
        Washington, DC 20007
        (202) 342-6980

On Behalf of the Defendants:
        ADAM SIPLE, ESQ.
        CARLOTTA P. WELLS, ESQ.
of:   U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., NW
        Washington, DC 20001
        (202) 305-7664 (Siple)
        (202) 514-4522 (Wells)

        KATHLEEN O'NEILL-TAYLOR, ESQ.
of:   Federal Bureau of Investigation

        Office of General Counsel
        935 Pennsylvania Ave., NW
        Washington, DC 20535
        (617) 223-6049

ALSO PRESENT:

        JOSHUA GARDNER, ESQ.
        Assistant Branch Director
        U.S. Department of Justice

CONTENTS

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Daniel Byman | 5 | 200 | | |

E-X-H-I-B-I-T-S

Defendant

| Exhibit Nos. | Document | Page |
|---|---|---|
| 1 | CV of Daniel Byman. . . . . . . . . . . | 10 |
| 2 | Report of Daniel Byman. . . . . . . . | 35 |

1               P-R-O-C-E-E-D-I-N-G-S

2                                    (10:10 a.m.)

3    WHEREUPON,

4                      DANIEL BYMAN

5    was called as a witness by Counsel for the

6    Plaintiff, and having been first duly sworn,

7    assumed the witness stand, was examined and

8    testified as follows:

9                    MR. SIPLE:  All right.  Good

10   morning, Professor Byman.  I'm probably going

11   to have to say that I'm a little more formal

12   in my manners, but I just want to kind of

13   orient you to what we're here for today, the

14   deposition itself.  I understand you have had

15   your deposition taken before.  Is that

16   correct?

17                    THE WITNESS:  I appeared as an

18   expert witness in the Canadian system where

19   it's a little different.  There was not a

20   deposition taken, but I testified under oath

21   for multiple days in several trials.  So, I

22   don't know if that counts or not.

1    counter-terrorism officials after 9/11.  That

2    would be the emphasis.

3          Q    Okay.  And just so I can clarify

4    for the record, you're looking right now at

5    your most recent report that you submitted in

6    this case.

7          A    Yes, I am.

8          Q    Okay.  Are you offering an opinion

9    that Mr. Youssef did not receive a particular

10   job that he was otherwise qualified for?

11         A    No.  I don't.  That would require

12   a kind of careful, systematic judgment of all

13   the candidates involved.

14         Q    Are you offering an opinion that

15   Mr. Youssef is qualified to hold an SES

16   position in the FBI?

17         A    You say SES position, and that,

18   having both worked in Government and knowing

19   a lot of people who work in Government, as you

20   know an SES position can range from, you know,

21   a dramatic, tremendously important position to

22   one that frankly cannot, right,  is minor and

1      counter-terrorism at the FBI.

2            Q     Okay.

3            A     Not a specific senior job.

4            Q     Did you look at any posting, a

5      particular, let me just step back.  I think

6      you understand that SES positions are not just

7      in a vacuum.  There's a particular posting,

8      correct?  Okay.  Did you look at any specific

9      assignment or posting when considering the

10     question here, when preparing your report?

11           A     No.  I did not.

12           Q     Okay.  Not a compare, and you also

13     mention in that same sentence "various

14     candidates."  I guess I'll ask you, what

15     candidates?

16           A     My sense is, again this is a very

17     loose sense of the case, especially when I

18     prepared the report was that there was,

19     different individuals are applying for the

20     same job or being considered for the same job

21     and there's a question of did Mr. Youssef

22     deserve that job or not?  I don't know the

1    other individuals.  I don't have a sense of

2    their background in any immediate sense.  So,

3    it's impossible for me to say.

4         Q    Okay.  So, these are completely,

5    just to be clear, these individuals are

6    unknown to you.

7         A    You'd have to go name by name

8    because I might have interviewed them for

9    something.  So, I don't want to say that, but

10   in preparing this report, I did not have

11   someone in mind and said that Mr. Youssef, and

12   compared that person to Mr. Youssef.

13        Q    Do you remember in preparing your

14   report if you were informed at any time

15   whether there was some specific named

16   individual who was also competing for some SES

17   position at the FBI?

18        A    Not preparing the report.  I know

19   that it, actually, in the 2005 report, no, I

20   subsequently read the testimony of Mr. Curran.

21        Q    Okay.

22        A    And that is referenced in my

Page 39

1    report and it, the later testimony and I

2    believe he mentions individual names.

3         Q    And then again, I'm going to just

4    continue with that same paragraph, moving on

5    to the next sentence.  You also state, "Rather

6    I present below my judgment on the Plaintiff's

7    expertise on the Middle East and my assessment

8    of why such expertise would be valuable for

9    any senior FBI counter-terrorism official,

10   particularly in the aftermath of the 9/11

11   attacks."  What do you mean by senior, senior

12   FBI official, I guess.  What do you mean by

13   that?

14        A    I think of someone with

15   significant management responsibilities.

16   These are all factors that weigh into it.  Has

17   the position of influence over policy.   Is

18   doing something that is a priority for the

19   Bureau.  These were all things I would put in

20   senior.  So, you could have an individual with

21   no management responsibilities, but who is the

22   director's most important advisor on a

1    particular issue shaping something.  You could

2    have someone who is establishing a new, you

3    know, a new center, a new office, a new

4    something that is going to very important.

5    There's a range of possibilities but those are

6    some of the things I would think of.

7          Q     Do you know what the FBI, the

8    Federal Bureau of Investigation, considers as

9    a senior position?

10         A     In a formal sense, no.  I, you

11   know, guess it's based on organization charts

12   I've seen and individuals I've talk to.  But,

13   if there was a formal definition of senior, I

14   don't know.  But I, when I did various

15   investigations, we were talking to people we

16   were told were important.  So, I see these

17   people as having had responsibility.

18         Q     Do you have any understanding of

19   the roles and responsibilities of any senior

20   position at the FBI?

21         A     I would say I have some

22   understanding of some of the roles and

1    responsibilities of some of the positions.

2    So, I focus on a particular aspect which is

3    counter-terrorism.  As had, with the FBI that

4    relates to intelligence at times.  But, I'm

5    sure the individuals I've talked to have

6    multiple responsibilities about which I know

7    nothing.

8         Q    Okay.  In preparing this report,

9    you mentioned management.  Did you, are you

10   offering this as an assessment of Mr.

11   Youssef's management ability?

12        A    I've tried to, was there a

13   particular point in my report that you were

14   referring to?

15        Q    I'm just, I mean, you prepared the

16   reports.  I'm just asking generally do you

17   intend this to be an assessment?  Are you

18   offering an opinion with respect to Mr.

19   Youssef's management ability.

20        A    My focus on this is about his

21   knowledge of the Middle East, there are some

22   things that I would say inform a question on

Page 42

1   Mr. Youssef as a manager.  Example, just one

2   might be for example, his effort as a legat in

3   Saudi Arabia.  Right.  Which tends to be a

4   very significant management effort and

5   involves dealing with multiple agencies

6   outside the FBI.

7              So, there's a lot of different

8   moving parts.  And that can be a very

9   difficult managing challenge.  And, so to me,

10  that would be one example.  But, that said,

11  the report is not a comprehensive assessment

12  of Mr. Youssef as a manager.

13       Q    And just to clarify, is it your

14  opinion that counter-terrorism expertise

15  standing alone would be sufficient to be a

16  senior FBI official working counter-terrorism?

17       A    I would say the counter-terrorism

18  expertise would be extremely valuable for a

19  senior FBI official working on counter-

20  terrorism.  It would be unusual to me to have

21  someone be very effective in that job who knew

22  nothing about counter-terrorism.

1        Q        Counter-terrorism knowledge being

2    extremely valuable.  What other, in your view,

3    would be valuable assets for a senior FBI,

4    valuable skills or expertise for a senior FBI

5    official to have?

6        A        Here we have to break down use of

7    the word senior.  If we're talking about a

8    senior position, say, running legat efforts

9    is different than a senior position being an

10   advisor or senior advisor to the director or

11   running one of the main investigative offices.

12   So, I think you'll get slightly different

13   answers depending on which one.  If you want,

14   we can pick one as an example if that's what

15   you prefer.

16       Q        Well, that's an interesting

17   question.  I already asked you about

18   particular candidates or postings, but did

19   you, in preparing this report, sit down and

20   look at any descriptions of FBI positions,

21   senior positions at the FBI when preparing

22   your report?

1          A      The job vacancy notices?  No.

2          Q      Okay.  But actually even more

3    general, just descriptions of what positions

4    are in the FBI either in counter-terrorism or

5    anywhere within the SES staffing.

6          A      I have seen organization charts

7    and organizational descriptions as part of my

8    various 9/11 efforts that described the

9    various duties of officials in the counter-

10   terrorism division.  Officials were in JTTFs.

11              I investigated the role of the

12   legat quite a bit as part of it as well.  So,

13   in those capacities, I saw, again I'll stress,

14   some of the responsibilities.  Right, I'm

15   sure, that part of the responsibility was to

16   prepare personnel reports on administrative

17   staff.

18              All right, that was not my focus.

19   But, on the other hand, if you're running a

20   legat office, you understand about liaising

21   with different U.S. services and foreign

22   services, that was part of the description

1    meeting?

2         A    I don't know if I did or Mr. Kohn

3    did, but I would have requested it just to get

4    a general sense of the process of what we're

5    doing today.  How this is going to work.  Kind

6    of categories of questions, if you would.  So,

7    I don't remember who made the specific

8    request, but either way I would have done so.

9         Q    Okay.  Other than Mr. Cummings, do

10   you remember talking about any other names of

11   FBI officials?

12        A    On Tuesday?  I'm sure other names

13   came up, but I don't remember the names.

14        Q    Okay.  This general experience

15   background that you're relying upon.  If I

16   could just go back.  You mentioned that you

17   interviewed FBI officials during your work,

18   prior work.  Could you please tell me what

19   officials you've interviewed.

20        A    Okay.  It's a list of names that

21   I've forgotten many of them.  Again, I

22   prepared this in 2005 and it's, you know, 11

1    years later.  Director Freeh was, of course,

2    one of them. Also Dale Watson, Danny Coleman,

3    who was a, in my view, a very good

4    investigator who worked in counter-terrorism.

5    Those are three who kind of came to mind.

6              There were definitely others that

7    was a part of briefings that the FBI gave us.

8    And, you know, there may be eight or nine

9    people in that room.  You know, but I cannot

10   recall the names of any of these.  I'd have to

11   kind of look at the org chart of the time and

12   the personnel files, and go back to some of

13   the memoranda of the reviews to remember the

14   specific names.

15         Q    Okay.  Dan Coleman you mentioned.

16   You also said you thought he was a

17   particularly good investigator.  And why do

18   you say that?

19         A    He was involved in, he was part of

20   an exchange to the CIA.  And they thought

21   highly of him.  So, people I respected

22   respected him.  But I interviewed him at

1    then there was Tom, who I believe had been

2    very senior and had been -- I don't know if

3    especially in charge, but relatively high up.

4          Q    Okay.  And who are talking, Tom.

5    Do you remember his last name?

6          A    I do not remember his last name.

7    I was trying to recall it.

8          Q    And why are you saying you believe

9    he was relatively high up?

10         A    He was in charge of the FBI team.

11   So, one indication.  When Director Freeh came

12   in, he clearly knew the Director, and he also

13   knew other senior people on a relatively

14   relaxed, intimate, first-name basis.  He

15   talked about investigations he had headed.

16   And so, kind of that mix and the way people

17   treated him seemed to be that he was a senior

18   person.

19         Q    Okay.  Preparing this report, did

20   you have a, in your mind, some idea of a

21   particular SES position just that you sort of

22   had in your mind that you were thinking of

Page 79

1    when preparing this report?

2          A    No.  I did not.  I was thinking in

3    terms of ones related to counter-terrorism.

4    So, I could mentally imagine several.  My

5    report, at least I hope, tried to focus on the

6    question of how expertise in counter-terrorism

7    in the Middle East would make a person better

8    at that job.

9          Q    Okay.  Were you thinking at all

10   about the legat position that Mr. Youssef

11   served in?

12         A    I was not thinking of that

13   particular position.  I was thinking of the

14   broader legat program.  As I'm sure you know,

15   after 9/11 that expanded exponentially.

16         Q    Okay.

17         A    Especially in the Middle East.

18         Q    When you talked to Mr. Youssef,

19   and I guess this would probably be Tuesday,

20   did Mr. Youssef give you any indication of

21   what job he wanted or was seeking?

22         A    He said that a senior

Page 90

1    Youssef, because I know you have some

2    knowledge of him, might have had counter-

3    terrorism experience in the FBI at the time of

4    9/11?

5            A      We mentioned more senior officials

6    like Mr. Watson.

7            Q      Yes.

8            A      There were -- Mr. Coleman,  I read

9    the book of, but did not know at the time.

10   Ali Soufan who's listed on the Arabic speaker

11   as he is a good Arabic speaker.  He had some

12   counter-terrorism experience additionally.

13   There were others who briefed me or who

14   stopped by, reports I read, but their names

15   are not coming to mind right now.

16           Q      Okay.  Do you know whether there

17   might have been officials at the FBI at the

18   time of 9/11 with comparable counter-terrorism

19   experience to Mr. Youssef?

20           A      I'm sorry.  Do I know if there

21   were or not?

22           Q      Yes.

1          A        There may have been, I don't know.

2          Q        Okay.  You didn't consider any of

3     these other possibilities in preparing your

4     report?

5          A        Of -- kind of asking for the

6     personnel records and histories of all these

7     people?

8          Q        Yes.

9          A        As I mentioned, I was interested

10    in that kind of, you know, snap shot on

11    November of 2001, but I decided to limit the

12    scope of my report to what I was supposed to

13    focus on.  What I was asked to focus on,

14    excuse me.

15         Q        Okay.  And if I could just back

16    up, can you explain to why, I guess, the focus

17    was limited?

18         A        Well, I mean, when you prepare an

19    expert report, you just asked me earlier on,

20    you have questions about leadership and

21    management, right.  Those are valid questions,

22    of course.  Right, but if I effectively billed

1  Mr. Youssef for spending several weeks reading

2  the latest reports on management, I do not

3  think that's why I was brought it.

4          You always have to cut off your

5  research somewhere.  And to me, when you're

6  being paid for this, really, you have to very

7  careful about where you're drawing the lines.

8          Q    Okay.  But management is a --

9  would you agree that management is an

10  attribute that's also useful for a senior

11  executive?

12          A    For most positions, certainly.

13          Q    Yes.  What about leadership?  Do

14  you think that that's a valuable asset for a

15  senior executive?

16          A    Yes, I do.

17          Q    I think you mentioned earlier,

18  integrity.

19          A    Yes.

20          Q    Did you also mention intelligence?

21          A    I believe I did.

22          Q    Okay.  Trying to get a sense of

Page 93

1    your opinion, which, you know, basically

2    you're saying counter-terrorism experience,

3    the type Mr. Youssef has, would be useful for

4    a senior official working in counter-

5    terrorism.

6          A     That's correct.

7          Q     But you've identified now

8    management, leadership, integrity,

9    intelligence as other qualities that are also

10   useful.  Okay.  Do you have any idea,-- I

11   mean, actually let me back up.  How did you,

12   did you consider at all at how relative these

13   other attributes, relative to counter-

14   terrorism, how valuable they might be in the

15   whole mix?

16         A      In my thinking, yes.  But, I hope

17   in my report, you know, I'm fairly careful to

18   say, you know, to not say, excuse me, that Mr.

19   Youssef should get job X or get job Y because

20   that's going to depend on a wave of multiple

21   factors depending on the particular job.  My

22   general sense though is, if candidates -- if

1  you're looking at candidates for a particular

2  job, experience and knowledge, to me, is

3  obviously tremendously important.

4          And to go a step further, after

5  9/11 when that experience and knowledge is

6  clearly in relatively short supply.  When you

7  asked me earlier if I knew if there was

8  someone at Mr. Youssef's level in the FBI.

9  And I do not know the entire FBI, the answer

10  of course is no.  But I was presented by the

11  FBI with many people they were putting forward

12  as the people who they thought knew what was

13  going on, who they thought had the best sense.

14          And, you know, I mentioned Mr.

15  Coleman.  There are a few others who I thought

16  were very impressive, but on the whole people

17  just didn't know about these groups.  It was

18  all new to them.  They didn't know about the

19  histories, they didn't know about the

20  backgrounds.  And, you know, they didn't speak

21  the languages.

22          And I don't think every single

1  person need to be an area expert, but at the

2  same time, I think you need some depth to do

3  this well.  And if you look at the FBI in

4  2013, you know, people are much better at

5  this, right?  You have a depth of the

6  personnel to me.  That's very different than

7  12 years ago.

8       Q    Okay.  You've alluded to other

9  people the FBI was putting forward.  I mean,

10  who was the FBI putting forward at the time?

11       A    This goes back to, you know, my

12  inability to recall the names of the people

13  briefing me and talking to me in 2002 and

14  2003.  Where I can give you some of the names,

15  but those are the ones who often stood out

16  because they were some of the best.  In the

17  late 1990's I received a briefing.  It was

18  part of a briefing on Iran on counter-

19  terrorism by the FBI where we were told the

20  number one threat, one of the top threats we

21  were facing is terrorism from animal rights

22  activists and environmentalists.

1          Right, and a colleague of mine

2    joked that that was the best news he had heard

3    all day.  Right, if that's the big threat.

4    And they weren't thinking about Al-Qaeda.

5    Richard Clarke, who was the President's senior

6    official for both Clinton and Bush on counter-

7    terrorism, talked about going through with the

8    JTTF's.

9          And mentioning Al-Qaeda, I'm

10   getting a blank look.  And this is something

11   that, it's not the fault of the individuals

12   while they're extremely smart people at times.

13   But it's just -- they hadn't been focusing on

14   counter-terrorism.  When they had focused on

15   counter-terrorism, it was more on domestic

16   issues.

17          When they had focused on Islamist

18   terrorism, it was often on Hamas or Hezbollah

19   or Iran-backed groups rather than Al-Qaeda.

20   So, the number of people who worked on groups

21   like Al-Qaeda to me was quite small even

22   within the set of people within counter-

1    terrorism.

2          Q     Okay.  Do you know if any of these

3    other individuals were at any time in

4    competition with Mr. Youssef for particular

5    jobs after September 11th?

6          A     I don't know.

7          Q     Do you know to what extent the FBI

8    considers knowledge of the Middle East to be

9    important for selection of people for senior

10   positions in the FBI?

11         A     My impression from talking to FBI

12   officials after 9/11 was that they were

13   focused, they believed that a good

14   investigator can investigate.  A good agent is

15   kind of a utility.

16         Q     Are you familiar at all with the

17   FBI selection process for personnel seeking

18   SES positions?

19         A     Not really.

20         Q     Okay.  Any of the procedures that

21   the FBI uses to fill senior executive

22   positions, are you familiar with those?

1          A       Not beyond the general sense of

2     the Senior Executive Service process.  So, no,

3     I suppose.

4          Q       Okay.  Do you know what the FBI in

5     its postings for senior executive positions

6     emphasizes in terms of the qualities, skills,

7     attributes that individuals should have for

8     positions?

9          A       In terms of the postings, I don't

10    recall looking at specific postings.

11         Q       Okay.  Do you have any idea of

12    what the FBI in its postings which generally

13    for counter-terrorism positions emphasizes?

14         A       Well, I would ask people after

15    9/11, you know, why is this person running

16    this?  You know, who is this person?  They

17    would say, they're a good investigator.  As

18    you may recall, at that time, there was big,

19    it's almost a philosophical debate, but a very

20    important one, about the FBI as an

21    intelligence agency versus the FBI as a law

22    enforcement service.